United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SARAH LOPRESTI,

        Plaintiff,

    v.

SUNRUN INC.,

        Defendant.

Case No. 25-cv-00517-HSG

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Judge Jon S. Tigar for consideration of whether the case is related to *Strickland v. Sunrun, Inc.*, 23-cv-05034-JST.

**IT IS SO ORDERED.**

Dated: 2/28/2025

                                HAYWOOD S. GILLIAM, JR.
                                United States District Judge