**AJG Law Group, PC**
Andrew J. Gramajo, CA Bar No. 338144
25A Crescent Dr. #402
Pleasant Hill, CA 94523
(415) 638-9140
Andrew@Ajglawgroup.us

*Attorney for Plaintiff Jeremy Luckau and the Proposed Plaintiff Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SHERRY STRICKLAND, <br><br> Plaintiff, <br><br> v. <br><br> SUNRUN, INC., <br><br> Defendant. | Case No. 3:23-cv-05034-JST <br><br> **[Proposed] ORDER** |

Before the Court are the Parties' Responses to the Court's Order to Show Cause RE: Why Cases Should Not be Related [ECF No. 16]. Having carefully reviewed the Parties' Responses, the Court concludes that *Luckau v. Sunrun Inc.*, No. 4:25-cv-01661-JST, *Strickland v. Sunrun, Inc.*, No. 3:23-cv-05034-JST, and *Banks v. Sunrun Inc.*, No. 4:24-cv-07877-JST are not related.

IT IS SO ORDERED.

DATED:

_____
*Hon. Jon S. Tigar*
*United States District Judge*

ORDER
Case No. 4:23-cv-05034-JST                1