Edward A. Broderick, *Admitted Pro Hac Vice*
Email: ted@broderick-law.com
BRODERICK LAW, P.C.
176 Federal Street, Fifth Floor
Boston, Massachusetts 02110
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

(additional counsel appear on signature page)

*Attorneys for Plaintiff and the Proposed Classes*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SHERRY STRICKLAND, individually and on behalf of all others similarly situated, | CIVIL ACTION FILE NO. 5:23-cv-05034-JST |
| Plaintiff, | Hon. Jon S. Tigar |
| v. | |
| SUNRUN, INC. | **PLAINTIFF SHERRY STRICKLAND'S RESPONSE TO ORDER TO SHOW CAUSE** |
| Defendant. | |

Plaintiff Sherry Strickland ("Plaintiff" or "Ms. Strickland") respectfully responds to the Court's Order to Show Cause Re: Why Cases Should Not Be Related (ECF No. 26), to concur with the positions of Plaintiff Peggy Banks, Plaintiff Jeremy Strickland and Defendant Sunrun, Inc. that the *Strickland, Luckau and Banks* actions should not be deemed related under Civil Local Rule 3-12(a)(1) for the reasons set forth in their filings.

Ms. Strickland's case raises two counts under the Florida Telephone Solicitation Act ("FTSA"), Fla. Stat. § 501.059, one for use on an autodialer to call individuals in Florida and a second for calls to individuals in Florida on the Florida Do Not Call list. These distinct causes of action are not implicated by any of the other actions, undermining efficiencies sought to be achieved by a finding of relatedness.

As an additional basis for not deeming the actions related, Ms. Strickland submits that her action has progressed through a mutual exchange of discovery responses and requests, as well as a ruling by the Court denying a Sunrun, Inc.'s motion to dismiss. ECF 37. Relating the cases could result in a significant delay of Ms. Strickland's action, which was filed on October 1, 2023—much earlier than the other actions.

## Conclusion

For the foregoing reasons Ms. Strickland respectfully submits that the cases should not be deemed related.

Dated: March 4, 2025        PLAINTIFF, individually and on behalf of all
                            others similarly situated,


                            By: */s/ Edward A. Broderick*
                                Edward A. Broderick

Plaintiff Sherry Strickland's Response to Order to Show Cause
*Strickland v. Sunrun*, Inc. 3:23-cv-05034-JD
1

| | |
|---|---|
| 1 | |
| 2 | Anthony I. Paronich (admitted pro hac vice) |
| | Paronich Law, P.C. |
| 3 | 350 Lincoln Street, Suite 2400 |
| | Hingham, MA 02043 |
| 4 | Telephone: (617) 485-0018 |
| | anthony@paronichlaw.com |
| 5 | |
| 6 | Dana J. Oliver, Esq. (SBN: 291082) |
| | dana@danaoliverlaw.com |
| 7 | OLIVER LAW CENTER, INC. |
| | 8780 19th Street #559 |
| 8 | Rancho Cucamonga, CA 91701 |
| | Telephone: (855)384-3262 |
| 9 | Facsimile: (888)570-2021 |

Plaintiff Sherry Strickland's Response to Order to Show Cause
*Strickland v. Sunrun, Inc.* 3:23-cv-05034-JD
2