UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) and an order to show cause as to why cases should not be related have been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to case

23-cv-05034-JST
Strickland v. Sunrun, Inc.

I find that the more recently filed cases that I have initialed below are related to the case assigned to me. Any cases not already assigned to me shall be reassigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 24-cv-07877-JST | Banks v. Sunrun Inc. | JST | |
| 25-cv-00517-HSG | LoPresti v. Sunrun Inc. | JST | |
| 25-cv-01661-JST | Luckau v. Sunrun, Inc | | JST |

ORDER

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: March 7, 2025

By: _____
Jon S. Tigar
United States District Judge