UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY STRICKLAND,<br><br>        Plaintiff,<br><br>    v.<br><br>SUNRUN, INC.,<br><br>        Defendant. | Case No. 23-cv-05034-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE AND ZOOM HEARING**<br><br>Re: Dkt. No. 42 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for May 6, 2025 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due by April 29, 2025.  This proceeding will be held via a Zoom webinar.

Dated: March 7, 2025

                                                   Mark B. Busby
                                                   Clerk of Court, United States District Court

                                                   By: _____
                                                 Dianna Shoblo, Deputy Clerk to the
                                                 Honorable JON S. TIGAR