Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
(855) 384-3262

Attorney for Plaintiff and Putative Class

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERRY STRICKLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN, INC.<br><br>Defendant. | CIVIL ACTION FILE NO. 4:23-cv-05034-JST |

# STIPULATION REGARDING THE FILING OF A SECOND AMENDED COMPLAINT; ORDER

- 1 -
STIPULATION REGARDING THE FILING OF A SECOND AMENDED COMPLAINT.
*Strickland v. Sunrun, Inc.*, 3:23-cv-05304-JD

Plaintiff states that, as provided for in Federal Rule of Civil Procedure 15(a)(2), and as a result of information learned during recent discovery efforts, Plaintiff intends to file a Second Amended Complaint which will add a claim for use of prerecords. A copy of the proposed Second Amended Complaint and redline are attached as Exhibits hereto. Sunrun denies the allegations in the Second Amended Complaint and denies that it violated the Telephone Consumer Protection Act, but does not oppose Plaintiff filing the Second Amended Complaint. The parties, therefore, by and through their undersigned counsel, and subject to an Order from the Court, hereby stipulate that Plaintiff shall file the Second Amended Complaint within seven (7) days of the Court granting this Stipulation.

RESPECTFULLY SUBMITTED AND DATED this 26th day of March, 2025.

By:

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

*/s/ Glenn T. Graham*
Glenn T. Graham
Kelley Drye & Warren LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
[o] (973) 503-5900
[f] (973) 503-5950
ggraham@kelleydrye.com

*/s/Lauri A. Mazzuchetti*
Lauri A. Mazzuchetti (*pro hac vice*)
Kelley Drye & Warren LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
[o] (973) 503-5910
[f] (973) 503-5950
lmazzuchetti@kelleydrye.com

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Jon S. Tigar
NORTHERN DISTRICT OF CALIFORNIA

Dated: March 27, 2025

- 3 -
STIPULATION REGARDING THE FILING OF A SECOND AMENDED COMPLAINT.
*Strickland v. Sunrun, Inc.*, 3:23-cv-05304-JD