**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (State Bar No. 338995)
One Jefferson Road
Parsippany, New Jersey 07054
Telephone:     (973) 503-5917
Facsimile:     (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY STRICKLAND, individually and on behalf of all others similarly situated,<br><br><br>Plaintiffs,<br><br>    v.<br><br>SUNRUN, INC.<br><br><br>Defendant. | Case No.  4:23-cv-05034-JST<br><br>(Hon. Jon S. Tigar)<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Action Filed: October 1, 2023 |

Counsel for Plaintiff Sherry Strickland ("Plaintiff") and counsel for Defendant Sunrun Inc. ("Sunrun") hereby respectfully submit this Joint Case Management Statement pursuant to this Court's Scheduling Order, dated May 7, 2025.  Dkt. No. 58.

**I.      Status of The Parties' Discovery**

**A.  Discovery Propounded By Plaintiff**

On October 11, 2024, Plaintiff served her first set of interrogatories and document requests on Sunrun.  On December 10, 2024, Sunrun provided its written objections and responses to those requests.  Sunrun has produced four sets of documents responsive to Plaintiff's first set of document requests.  Sunrun continues to review its documents for responsiveness and will make future document productions, if any, before the discovery end date. On May 9, 2025, Plaintiff served the report of his expert witness, Aaron Wolfson.

On May 11, 2025 Plaintiff served a second set of document requests and interrogatories on Sunrun.  Sunrun served its responses and objections to these discovery requests on July 8, 2025. The Parties have met and conferred to discuss the scope of Plaintiff's second set of discovery requests, which request information related to approximately 9,945 phone numbers.  Sunrun proposed a sampling technique to manage the burden and costs of obtaining, reviewing and producing information with respect to the phone numbers subject to Plaintiff's discovery requests. The Parties continue to discuss this potential dispute.  The Parties are also working towards scheduling a Rule 30(b)(6) deposition of a Sunrun representative.

**B.  Discovery Propounded By Defendant**

On December 17, 2024, Sunrun served its first set of interrogatories and documents requests on Plaintiff.  Plaintiff served written responses and objections, and produced documents on January 30, 2025.  The parties continue to confer regarding the sufficiency of plaintiff's responses.

The parties are working towards scheduling a deposition of Plaintiff.  The Parties will continue to work together to find a mutually agreeable deposition date and to cure any discovery disputes.

## II.    Other Issues Requiring This Court's Attention

If the parties cannot come to a mutually agreeable resolution with respect to the sampling issue discussed above, they likely will bring the matter to the Court's attention.  The Parties also jointly request that the current mediation deadline of September 22, 2025 be adjourned to November 1, 2025.

Dated: August 15, 2025

Respectfully submitted,

*/s/ Glenn T. Graham*
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (SBN #338995)
**KELLEY DRYE & WARREN LLP**
One Jefferson Road, Floor 2
Parsippany, New Jersey 07054
Tel: (973) 503-5900
Fax: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

*Counsel for Defendant Sunrun Inc.*

*/s/ Edward A. Broderick*
Edward A. Broderick (*pro hac vice*)
**BRODERICK LAW, P.C.**
176 Federal Street, Fifth Floor
Boston, Massachusetts 02110
Tel: (617) 738-7080
Fax: (617) 830-0327
ted@brodericklaw.com

Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com

Dana J. Oliver (SBN #291082)
dana@danaoliverlaw.com
**OLIVER LAW CENTER, INC.**
8780 19th Street, #559
Rancho Cucamonga, CA 91701
Tel: (855) 384-3262

Fax: (888) 570-2021

*Attorneys for Plaintiff Sherry Strickland*

## **ATTESTATION**

I, Glenn T. Graham, am the ECF user whose identification and password are being used to file this document. I hereby attest that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 15, 2025                    /s/ *Glenn T. Graham*
                                          Glenn T. Graham