**KELLEY DRYE & WARREN LLP**
  Lauri A. Mazzuchetti (*pro hac vice*)
  Glenn T. Graham (SBN 338995)
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY STRICKLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC.<br><br>Defendant. | Case No. 4:23-cv-05034-JST<br><br>**DECLARATION OF GLENN T. GRAHAM IN SUPPORT OF JOINT STIPULATION TO AMEND SCHEDULING ORDER** |

I, Glenn T. Graham, declare:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am a partner at the law firm of Kelley Drye & Warren LLP and counsel of record for Defendant Sunrun Inc. ("Sunrun") in the above-captioned action. I make this declaration based on my personal knowledge. If called as a witness, I could and would competently testify to the information stated herein.

2. Sunrun and Plaintiff (collectively, the "Parties") are currently actively engaged in discovery.

3. On May 11, 2025 Plaintiff served a second set of document requests and interrogatories on Sunrun, which request information related to approximately 9,945 phone numbers. On July 8, 2025, Sunrun served its objections to those discovery requests.

4. Sunrun estimates it will on average take approximately at least one hour to gather, review and produce information with respect to one phone number (out of 9,945) in response to the

1  discovery requests.  Sunrun proposed a sampling technique to manage the cost and burden of
2  obtaining, reviewing and producing information with respect to the phone numbers subject to
3  Plaintiff's discovery requests.

4  5. The Parties are continuing to meet and confer with respect to this potential dispute
5  and agree that efficiency dictates the deadlines proposed in the accompanying Joint Stipulation and
6  Proposed Order to Amend Scheduling Order to afford the Parties additional time to work towards a
7  resolution of the dispute.

8  6. The Parties previously stipulated to a schedule in their Rule 26(f) report, which was
9  so-ordered by the Court on May 6, 2025 (Dkt. 58).

10  7. The proposed schedule extends each deadline at issue approximately 30 days, as
11  reflected below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Last day to exchange expert witness rebuttal reports | September 16, 2025 | October 16, 2025 |
| Discovery cut-off | October 15, 2025 | November 14, 2025 |
| Deadline to conduct private mediation | November 1, 2025 | No change |
| Last day to file dispositive motions | November 13, 2025 | December 14, 2025 |
| Last day to file oppositions to dispositive motions | December 11, 2025 | January 12, 2026 |
| Last day to file replies to dispositive motions | January 8, 2025 | February 9, 2026 |
| Dispositive motion hearing | January 29, 2026 at 2:00 pm | March 5, 2026 at 2:00 pm |
| Last day to file motion for class certification | February 26, 2026 | March 30, 2026 |
| Last day to file opposition to class certification | March 19, 2026 | April 20, 2026 |

DECLARATION OF GLENN T. GRAHAM IN SUPPORT OF JOINT STIPULATION
CASE NO. 4:23-CV-05034-JST
2

| Last day to file reply in further support of class certification | April 9, 2026 | May 11, 2026 |

8.  The Parties previously stipulated to a 14-day extension of Sunrun's time to respond to the Complaint (Dkt. 14) and a 7-day extension of Sunrun's time to respond to the Amended Complaint (Dkt. 24).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 10, 2025, in Madison, New Jersey.

By:   /s/ Glenn T. Graham
      Glenn T. Graham