```
 1  KELLEY DRYE & WARREN LLP
      Lauri A. Mazzuchetti (pro hac vice)
 2    Glenn T. Graham (SBN 338995)
    7 Giralda Farms, Suite 340
 3  Madison, New Jersey 07940
    Telephone: (973) 503-5900
 4  Facsimile: (973) 503-5950
    lmazzuchetti@kelleydrye.com
 5  ggraham@kelleydrye.com
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| SHERRY STRICKLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC.<br><br>Defendant. | Case No. 4:23-cv-05034-JST<br><br>**JOINT STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO AMEND SCHEDULING ORDER** |
|---|---|

Plaintiff Sherry Strickland ("Plaintiff") and Defendant Sunrun Inc. ("Sunrun") (collectively, "the Parties") by and through their undersigned counsel of record and subject to the Court's approval, submit this Stipulation and Proposed Order. Pursuant to the Court's approval, Parties stipulate as follows:

WHEREAS, Plaintiff filed the Complaint on October 1, 2023, and the First Amended Complaint on January 4, 2024;

WHEREAS, Sunrun moved to dismiss Plaintiff's First Amended Complaint on January 25, 2024, which the Court denied on October 1, 2024;

WHEREAS, Sunrun answered the First Amended Complaint on October 15, 2024;

WHEREAS, Plaintiff filed a Second Amended Complaint on March 27, 2025;

WHEREAS, Sunrun answered the Second Amended Complaint on April 10, 2025;

WHEREAS, this Court held an initial case management conference on May 6, 2025;

WHEREAS, the Parties are currently actively engaged in discovery;

WHEREAS, on May 11, 2025 Plaintiff served a second set of document requests and interrogatories on Sunrun, which request information related to approximately 9,945 phone numbers.

WHEREAS, on July 8, 2025, Sunrun served its objections to these discovery requests;

WHEREAS, Sunrun proposed a sampling technique to manage the cost and burden of obtaining, reviewing and producing information with respect to the phone numbers subject to Plaintiff's discovery requests;

WHEREAS, Sunrun estimates it will on average take approximately at least one hour to gather, review and produce information with respect to one phone number (out of 9,945) in response to the discovery requests;

WHEREAS, the Parties are continuing to meet and confer with respect to this potential dispute;

WHEREAS, the Parties agree that efficiency dictates the proposed deadlines in the above-captioned matter to afford the Parties additional time to work towards a resolution of this dispute;

WHEREAS, subject to Court approval, Parties stipulate to the below revised schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Last day to exchange expert witness rebuttal reports | September 16, 2025 | October 16, 2025 |
| Discovery cut-off | October 15, 2025 | November 14, 2025 |
| Deadline to conduct private mediation | November 1, 2025 | No change |
| Last day to file dispositive motions | November 13, 2025 | December 14, 2025 |
| Last day to file oppositions to dispositive motions | December 11, 2025 | January 12, 2026 |
| Last day to file replies to dispositive motions | January 8, 2025 | February 9, 2026 |

| Dispositive motion hearing | January 29, 2026 at 2:00 pm | March 5, 2026 at 2:00 pm |
|---|---|---|
| Last day to file motion for class certification | February 26, 2026 | March 30, 2026 |
| Last day to file opposition to class certification | March 19, 2026 | April 20, 2026 |
| Last day to file reply in further support of class certification | April 9, 2026 | May 11, 2026 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 10, 2025

/s/ Anthony I. Paronich
Anthony I. Paronich (*pro hac vice*)
**Paronich Law, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
anthony@paronichlaw.com

Edward A. Broderick (*pro hac vice*)
**Broderick Law, P.C.**
176 Federal Street, Fifth Floor
Boston, Massachussetts 02110
Telephone: (617) 738-7080
Facsimile: (617) 830-0327
ted@brodericklaw.com

Dana J. Oliver (SBN #291082)
**Oliver Law Center, Inc.**
8780 19th Street, #559
Rancho Cucamonga, CA 91701
Tel: (855) 384-3262
Facsimile: (888) 570-2021

*Counsel for Plaintiff Sherry Strickland*

/s/ Glenn T. Graham
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (SBN #338995)
**Kelley Drye & Warren LLP**
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

*Counsel for Defendant, Sunrun Inc.*

**ATTESTATION OF FILER**

Pursuant to Civil L.R. 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 10, 2025

*/s/ Glenn T. Graham*
Glenn T. Graham

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: September 16, 2025

Hon. Jon S. Tigar, USDJ