1  **KELLEY DRYE & WARREN LLP**
   Lauri A. Mazzuchetti (*Pro Hac Vice*)
2  Glenn T. Graham (State Bar No. 338995)
   7 Giralda Farms, Suite 340
3  Madison, New Jersey 07940
   Telephone: (973) 503-5910
4  Telephone: (973) 503-5917
   Facsimile: (973) 503-5950
5  lmazzuchetti@kelleydrye.com
   ggraham@kelleydrye.com
6

7

8

9              UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | SHERRY STRICKLAND, individually and | Case No. 4:23-CV-05034-JST
   | on behalf of all others similarly situated, |
12 |                                     | **NOTICE OF CHANGE OF FIRM**
   |                      Plaintiff,     | **ADDRESS**
13 |          v.                         |
   |                                     | **Judge Jon S. Tigar**
14 | SUNRUN INC.                         |
15 |                      Defendant.     |

## NOTICE OF CHANGE OF FIRM ADDRESS

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, the Clerk and the Parties are hereby notified that the undersigned attorneys and the New Jersey office of the law firm of Kelley Drye & Warren LLP, counsel for Defendant Sunrun, Inc., have changed their mailing address for service of all papers and notices and all other communications to the following:

**KELLEY DRYE & WARREN LLP**
7 Giralda Farms
Suite 340
Madison, NJ 07940

Email addresses and phone numbers remain unchanged.

Dated: September 16, 2025                                      Respectfully submitted,

*/s/ Glenn T. Graham*
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (State Bar No. 338995)
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms
Madison, New Jersey 07940
Telephone: (973) 503-5910
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day a true and correct copy of the foregoing document was filed electronically with the Clerk of this Court and served on all parties of record via the Court's ECF system.

Dated: September 16, 2025                    By:    */s/ Glenn T. Graham*
                                                           Glenn T. Graham