**KELLEY DRYE & WARREN LLP**
  Lauri A. Mazzuchetti (*pro hac vice*)
  Glenn T. Graham (State Bar No. 338995)
One Jefferson Road
Parsippany, New Jersey 07054
Telephone:   (973) 503-5900
Facsimile:    (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY STRICKLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNRUN, INC.<br><br>Defendant. | Case No. 4:23-cv-05034-JST<br><br>**DEFENDANT SUNRUN INC.'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET TWO**<br><br>Action Filed: October 1, 2023 |

PROPOUNDING PARTY:    SHERRY STRICKLAND, individually and on behalf of all others similarly situated.

RESPONDING PARTY:     SUNRUN INC.

SET NO.:                            TWO

---

DEFENDANT SUNRUN INC.'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE
CASE NO. 4:23-cv-05034-JST

Pursuant to Rule 33 of the Federal Rules of Civil Procedure and Local Rules of the United States District Court for the Northern District of California, Defendant Sunrun Inc. ("Sunrun") hereby provides its responses and objections to the Interrogatories of Plaintiff's First Set of Discovery to Sunrun (the "Interrogatories").

**PRELIMINARY STATEMENT**

Sunrun's responses are made without waiver of the following rights but, on the contrary, are intended to reserve and do reserve the following:

1. Sunrun states that it is responding to the Interrogatories as it interprets and understands them. If Plaintiff subsequently asserts an interpretation of any Interrogatory that differs from the understanding of Sunrun, Sunrun reserves its right to further supplement its objections and/or responses herein.

2. Sunrun states that it makes these responses solely for the purpose of, and in relation to, this action. Each response herein is made subject to all appropriate objections (including, but not limited to, objections concerning authenticity, foundation, competency, relevance, materiality, propriety, privilege and admissibility) that would require the exclusion of any information or thing at any subsequent proceeding in, or trial of, this or any other action. Sunrun reserves the right to object on any ground to the introduction into evidence of any information produced in response to the Interrogatories.

3. If Sunrun discloses privileged information in response to the Interrogatories, the disclosure is inadvertent and does not constitute a waiver of any applicable privilege.

4. The fact that Sunrun responded to an Interrogatory is not intended to, nor shall it be construed as an admission by Sunrun of any fact(s) set forth in or assumed by any Interrogatory.

5. Sunrun reserves the right to make additional objections or seek protective orders.

6. Sunrun reserves the right to amend or further supplement these responses in the event that any information is omitted or subsequently identified during the course of Sunrun's ongoing discovery efforts.

Sunrun's responses below are further made subject to the following definitions:

A.     "Action" means the lawsuit pending in the United States District Court for the Central District of California, captioned as *Strickland v. Sunrun, Inc.*, No. 4:23-cv-5034-JST.

B.     "Amended Complaint" means the First Amended Class Action Complaint filed on January 4, 2024 in the Action.

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 1**:

Identify any number that appears as Exhibit 9 to the Expert Report of Aaron Woolfson you contend was not wireless at the time it was contacted.

**RESPONSE TO INTERROGATORY NO. 1**:

Sunrun objects to this Request to the extent that: (a) it is premature in that no class has been certified in this Action; (b) it is premature in that it calls for information that is more appropriate for expert analysis; (c) it seeks information that is equally available to Plaintiff or Plaintiff's expert; (d) it seeks information that is not within Sunrun's possession, custody, or control; and (e) it seeks to inappropriately shift Plaintiff's burden to Sunrun.

Subject to and without waiving the foregoing objections, Sunrun responds that it will provide its Rule 26 expert disclosures in accordance with the deadlines set forth in the Scheduling Order (Dkt. No. 58.)  Sunrun further states that it will meet and confer with Plaintiff to discuss the scope of this Interrogatory.  Discovery and Sunrun's investigation are ongoing, and Sunrun reserves the right to amend this response.

**INTERROGATORY NO. 2**:

Identify any number that appears in Exhibit 9. to the Expert Report of Aaron Woolfson that you contend was not registered on the National Do Not Call Registry at the time it was called.

**RESPONSE TO INTERROGATORY NO. 2**:

Sunrun objects to this Request to the extent that: (a) it is premature in that no class has been certified in this Action; (b) it is premature in that it calls for information that is more appropriate for expert analysis; (c) it seeks information that is equally available to Plaintiff or Plaintiff's expert; (d)

it seeks information that is not within Sunrun's possession, custody, or control; and (e) it seeks to inappropriately shift Plaintiff's burden to Sunrun.

     Subject to and without waiving the foregoing objections, Sunrun responds that it will provide its Rule 26 expert disclosures in accordance with the deadlines set forth in the Scheduling Order (Dkt. No. 58.)  Sunrun further states that it will meet and confer with Plaintiff to discuss the scope of this Interrogatory.  Discovery and Sunrun's investigation are ongoing, and Sunrun reserves the right to amend this response.

Dated:  July 8, 2025

Respectfully submitted,

*/s/ Glenn T. Graham*
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham
**KELLEY DRYE & WARREN LLP**
One Jefferson Road
Parsippany, New Jersey 07054
Telephone:  (973) 503-5900
Facsimile:  (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

# PROOF OF SERVICE

**STATE OF NEW JERSEY, COUNTY OF MORRIS**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Morris, State of New Jersey. My business address is One Jefferson Road, Parsippany, NJ 07054.

On July 8, 2025, I served a true copy of the foregoing document described as

**DEFENDANT SUNRUN INC.'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE**

on the interested parties in this action as follows:

> Anthony I. Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> [o] (617) 485-0018
> [f] (508) 318-8100
> anthony@paronichlaw.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person[s] at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**FEDERAL:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 8, 2025, at Parsippany, New Jersey.

_Glenn T. Graham_
Glenn T. Graham