**KELLEY DRYE & WARREN LLP**
  Lauri A. Mazzuchetti (pro hac vice)
  Glenn T. Graham (SBN 338995)
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY STRICKLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC.<br><br>Defendant. | Case No. 4:23-cv-05034-JST<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO CONDUCT PRIVATE MEDIATION** |

Plaintiff Sherry Strickland ("Plaintiff") and Defendant Sunrun Inc. ("Sunrun") (collectively, "the Parties") by and through their undersigned counsel of record and subject to the Court's approval, submit this Stipulation and Proposed Order to extend the time to conduct mediation to February 27, 2026. Pursuant to the Court's approval, Parties stipulate as follows:

WHEREAS, Plaintiff filed the Complaint on October 1, 2023, and the First Amended Complaint on January 4, 2024;

WHEREAS, Sunrun moved to dismiss Plaintiff's First Amended Complaint on January 25, 2024, which the Court denied on October 1, 2024;

WHEREAS, Sunrun answered the First Amended Complaint on October 15, 2024;

WHEREAS, Plaintiff filed a Second Amended Complaint on March 27, 2025;

WHEREAS, Sunrun answered the Second Amended Complaint on April 10, 2025;

WHEREAS, this Court held an initial case management conference on May 6, 2025;

1. WHEREAS, the Parties are currently actively engaged in discovery, including complying with a discovery order from the Magistrate Judge;

2. WHEREAS, the Parties are currently required to conduct private mediation on or before November 1, 2025;

3. WHEREAS, the Parties have been conferring regarding the mediation, but need additional time to conduct the mediation due to ongoing discovery obligations and the close of discovery on November 14, 2025, as well as Sunrun's anticipated motion for summary judgment currently due on December 14, 2025;

4. WHEREAS, the Parties are actively reaching out to potential mediators for rates and availability;

5. WHEREAS, the parties submit that the requested extension will have no impact on other dates presently set in this matter;

6. WHEREAS, the Parties have met and conferred and agreed, subject to an order from the Court, to extend the time to conduct private mediation from November 1, 2025 to February 27, 2026.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 31, 2025

1  */s/ Anthony I. Paronich*  */s/ Glenn T. Graham*
Anthony I. Paronich (*pro hac vice*)  Lauri A. Mazzuchetti (*pro hac vice*)
2  **Paronich Law, P.C.**  Glenn T. Graham (SBN #338995)
3  350 Lincoln Street, Suite 2400  **Kelley Drye & Warren LLP**
Hingham, MA 02043  7 Giralda Farms, Suite 340
4  Telephone: (617) 485-0018  Madison, New Jersey 07940
Facsimile: (508) 318-8100  Telephone: (973) 503-5900
5  anthony@paronichlaw.com  Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
6  Edward A. Broderick (*pro hac vice*)  ggraham@kelleydyre.com
7  **Broderick Law, P.C.**
176 Federal Street, Fifth Floor  *Counsel for Defendant, Sunrun Inc.*
8  Boston, Massachussetts 02110
Telephone: (617) 738-7080
9  Facsimile: (617) 830-0327
ted@brodericklaw.com
10
11  Dana J. Oliver (SBN #291082)
**Oliver Law Center, Inc.**
12  8780 19th Street, #559
Rancho Cucamonga, CA 91701
13  Tel: (855) 384-3262
Facsimile: (888) 570-2021
14
15  *Counsel for Plaintiff Sherry Strickland*

**ATTESTATION OF FILER**

Pursuant to Civil L.R. 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 31, 2025                              */s/ Glenn T. Graham*
                                                     Glenn T. Graham

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____                                _____
                                                     Hon. Jon S. Tigar, USDJ