# BRODERICK LAW, P.C.

10 Hillside Avenue
Winchester, Massachusetts 01890

Edward A. Broderick

Cell: (617) 680-0049
Tel. (617) 738-7080
ted@broderick-law.com

November 12, 2025

*Via ECF*

The Honorable Laurel Beeler
Courtroom B – 15th Floor
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

**Re: Supplemental Filing re Discovery Dispute and Sampling of Consent Evidence,** *Strickland v. Sunrun, Inc.*, **Civil Action No. 4:23-cv-05034-JST**

Dear Magistrate Judge Beeler:

Pursuant to Paragraph 2.2 of the Court's March 12, 2025 Standing Order, Plaintiff Sherry Strickland ("Ms. Strickland" or "Plaintiff") and Defendant Sunrun, Inc. ("Sunrun" or "Defendant") submit this supplemental joint letter regarding a discovery dispute between the Parties.

On October 13, 2025, the Parties submitted a Joint Letter Brief regarding a discovery dispute as to consent evidence as to the putative class. ECF 65. On October 17, 2025, this action was referred to Your Honor for discovery. On October 28, 2025, Your Honor issued a Discovery Order resolving the dispute, and directed the parties to "confer on a sampling methodology within fourteen days and raise any dispute." The Court additionally asked for a timeline for the production, "presumably around forty-five days."

The Parties have conferred as to a sampling methodology and a timeline for production over Microsoft Teams on Friday October 31, 2025 and had two further telephone conferences on November 11 and 12, 2025. The Parties report that Defendant has performed an interim sampling of 25 putative class members, which it will produce to Plaintiff by Friday, November 14, 2025. The Parties submit that the most efficient path to resolve the issue of sampling is for Defendant to produce the interim sampling so that Plaintiff will have concrete examples of what Defendant intends to produce, and to then confer further about the final sampling methodology and timeline for production.

The Parties respectfully request an additional 30 days – until December 12, 2025 -- to report any disputes to the Court regarding the sampling process, along with a timeline for production of a sampling process. The Parties have a Case Management Conference Report due with Judge Tigar on Friday November 14, 2025, followed by a Case Management Conference on November 20, 2025. The Parties intend to seek a 60-day extension of case deadlines to accommodate the sampling process, as well as scheduling depositions of witnesses.

The Honorable Laurel Beeler
Page | 2
**Re:  Discovery Dispute,** *Strickland v. Sunrun, Inc.***, Civil Action No. 4:23-cv-05034-JST**

Respectfully submitted,

| | |
|---|---|
| */s/ Edward A. Broderick* | */s/ Glenn T. Graham* |
| Broderick Law, P.C. | Glenn T. Graham |
| 10 Hillside Avenue | Kelley Drye & Warren LLP |
| Winchester, MA 01890 | 7 Giralda Farms, Suite 340 |
| [o] 617-738-7080 | Madison, NJ 07940 |
| [f] 617-830-0327 | [o] (973) 503-5900 |
| ted@broderick-law.com | [f] (973) 503-5950 |
| | ggraham@kelleydyre.com |
| | |
| */s/ Anthony I. Paronich* | */s/Lauri A. Mazzuchetti* |
| Anthony I. Paronich | Kelley Drye & Warren LLP |
| Paronich Law, P.C. | 7 Giralda Farms, Suite 340 |
| 350 Lincoln Street, Suite 2400 | Madison, NJ 07940 |
| Hingham, MA 02043 | [o] (973) 503-5910 |
| [o] (617) 485-0018 | [f] (973) 503-5950 |
| [f] (508) 318-8100 | lmazzuchetti@kelleydrye.com |
| anthony@paronichlaw.com | |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 12, 2025         */s/ Edward A. Broderick*
                                 Edward A. Broderick