**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (SBN 338995)
Emily E. Clark (*pro hac vice* pending)
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com
eclark@kelleydrye.com

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY STRICKLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC.<br><br>Defendant. | Case No. 4:23-cv-05034-JST<br><br>**DECLARATION OF GLENN T. GRAHAM IN SUPPORT OF JOINT STIPULATION TO AMEND SCHEDULING ORDER** |

I, Glenn T. Graham, declare:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am a partner at the law firm of Kelley Drye & Warren LLP and counsel of record for Defendant Sunrun Inc. ("Sunrun") in the above-captioned action. I make this declaration based on my personal knowledge. If called as a witness, I could and would competently testify to the information stated herein.

2. Sunrun and Plaintiff (collectively, the "Parties") are currently actively engaged in discovery.

3. The Parties are actively engaged in discovery, including conferring regarding Judge Beeler's discovery order regarding sampling for class data.

4. The Parties require additional depositions, including of Plaintiff's expert and a continued deposition of Plaintiff due to Plaintiff's personal timing constraints.

5. The Parties are continuing to meet and confer with respect to the sampling methodology and timing of the same per Judge Beeler's order.

6. Sunrun will produce to Plaintiff a sample of 25 different numbers, including Jornaya reports and call recordings. Plaintiff will need time to review the sample to assess whether to propose any modifications to the sampling methodology.

7. The Parties agree that efficiency dictates an approximate 60-day extension of the upcoming deadlines to afford the Parties, as reflected below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery cut-off | November 14, 2025 | January 13, 2026 |
| Deadline to conduct private mediation | February 27, 2026 | No change |
| Last day to file dispositive motions | December 14, 2025 | February 12, 2026 |
| Last day to file oppositions to dispositive motions | January 12, 2026 | March 13, 2026 |
| Last day to file replies to dispositive motions | February 9, 2026 | April 10, 2026 |
| Dispositive motion hearing | March 5, 2026 at 2:00 pm | May 7, 2026 at 2:00 pm |
| Last day to file motion for class certification | March 30, 2026 | May 29, 2026 |
| Last day to file opposition to class certification | April 20, 2026 | June 19, 2026 |
| Last day to file reply in further support of class certification | May 11, 2026 | July 10, 2026 |

8. The Parties previously stipulated to a 14-day extension of Sunrun's time to respond to the Complaint (Dkt. 14) and a 7-day extension of Sunrun's time to respond to the Amended Complaint (Dkt. 24).

9. The Parties previously stipulated to a schedule in their Rule 26(f) report, which was so-ordered by the Court on May 6, 2025 (the "Scheduling Order") (Dkt. 58).

10. The Court previously granted the Parties' stipulated request to amend the Scheduling Order to afford the Parties additional time to work towards a resolution of the Sampling Dispute, which resulted in deadlines being extended approximately one month. (Dkt. 62.)

11. The Court previously granted the Parties' stipulated request to extend the time to conduct private mediation from November 1, 2025 to February 27, 2026 (Dkt. 72).

12. The Parties recently stipulated to an extension to the deadline in Judge Beeler's order regarding sampling methodology and disputes. (Dkt. 73.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2025, in Madison, New Jersey.

By: */s/ Glenn T. Graham*
Glenn T. Graham