**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (State Bar No. 338995)
Emily E. Clark (*pro hac vice* pending)
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone:   (973) 503-5917
Facsimile:    (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com
eclark@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY STRICKLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNRUN, INC.<br><br>Defendant. | Case No. 4:23-cv-05034-JST<br><br>(Hon. Jon S. Tigar)<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Action Filed: October 1, 2023 |

Counsel for Plaintiff Sherry Strickland ("Plaintiff") and counsel for Defendant Sunrun Inc. ("Sunrun") hereby respectfully submit this Joint Case Management Statement pursuant to the Court's August 21, 2025 Order.  Dkt. No. 61.

## I.   Status of The Parties' Discovery

### A.  Discovery Propounded By Plaintiff

<u>Written Discovery and Productions:</u> On October 11, 2024, Plaintiff served her first set of interrogatories and document requests on Sunrun.  On December 10, 2024, Sunrun provided its written objections and responses to those requests.  On November 7, 2025, Sunrun provided amended written objections and responses to Plaintiff's Interrogatories.  Sunrun has produced documents responsive to Plaintiff's first set of document requests.

On May 11, 2025 Plaintiff served a second set of document requests and interrogatories on Sunrun.  Sunrun served its responses and objections to these discovery requests on July 8, 2025.  The parties met and conferred to discuss the scope of Plaintiff's second set of discovery requests, which request information related to approximately 9,945 phone numbers.  The parties raised the dispute, and, on October 28, 2025, Judge Beeler directed the parties to "confer on a sampling methodology within fourteen days and raise any dispute" as well as provide a timeline for the production. Dkt. No. 70.  The parties agreed that the most efficient path is for Sunrun to produce an interim sampling concerning 25 putative class members so that Plaintiff will have concrete examples of what Sunrun intends to produce, and to then confer further about the final sampling methodology and timeline for production.  To allow time for this, the parties requested, and Judge Beeler granted—subject to Your Honor's approval—an additional 30 days (until December 12, 2025) to report any disputes to the Court regarding the sampling process, along with a timeline for production of a sampling process.  Dkt. No. 74 (the "Sampling Extension Order").

<u>Expert:</u> On May 9, 2025, Plaintiff served the report of Plaintiff's expert witness, Aaron Woolfson.  On November 4, 2025, Plaintiff served a reply report by Aaron Woolfson (the "Woolfson Reply Report").

Depositions: On November 10, 2025, Plaintiff deposed a Rule 30(b)(6) representative of Sunrun. The parties are conferring to reschedule the deposition of Sunrun's expert witness, Holly Paulus, which was originally scheduled for November 6, 2025.

### B. Discovery Propounded By Defendant

Written Discovery and Productions: On December 17, 2024, Sunrun served its first set of interrogatories and documents requests on Plaintiff. Plaintiff served written responses and objections and produced documents on January 30, 2025. On September 10, 2025, Sunrun served its second set of interrogatories and documents requests, as well as its first set of requests for admission, on Plaintiff. On November 10, 2025, Plaintiff served written responses and objections.

Expert: On October 16, 2025, Sunrun served the report of its rebuttal expert witness, Holly Paulus.

Depositions: On November 10, 2025, Sunrun began the deposition of Plaintiff. Due to a personal issue, Plaintiff could not complete the deposition. Plaintiff's deposition is scheduled to recommence on November 17, 2025. The parties are also conferring in an attempt to resolve discovery disputes arising out of and/or that came to light during Plaintiff's deposition, as well as to reschedule the deposition of Mr. Woolfson.

Third-Party Discovery: On September 30, 2025, Sunrun served a subpoena on Plaintiff's phone carrier, Comcast/Xfinity ("September Subpoena"). Comcast/Xfinity responded that pursuant to the Cable Communications Policy Act of 1984, 47 U.S.C. § 551, it requires a court order to produce documents and records in response to the September Subpoena. The parties will shortly request that this Court enter such an order directing Xfinity/Comcast to respond to the September Subpoena, and a further subpoena that Sunrun intends to serve.

### II. Other Issues Requiring This Court's Attention

Sunrun seeks an order to enable Xfinity/Comcast to respond to the September Subpoena, and a further subpoena that Sunrun intends to serve on Xfinity/Comcast.

In light of these open issues, including complying with the Sampling Extension Order, obtaining material responsive to third party discovery, and completing expert discovery, on

2                                    CASE NO. 4:23-CV-05034-JST
                                        JOINT CASE MANAGEMENT STATEMENT

November 13, 2025, the parties submitted a stipulation and proposed order requesting a 60-day extension of the current case deadlines.  Dkt. No. 75.

Dated: November 14, 2025                                     Respectfully submitted,

/s/ Glenn T. Graham
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (SBN #338995)
Emily E. Clark (*pro hac vice* pending)
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Tel: (973) 503-5900
Fax: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com
eclark@kelleydrye.com

*Counsel for Defendant Sunrun Inc.*

/s/ Edward A. Broderick
Edward A. Broderick (*pro hac vice*)
**BRODERICK LAW, P.C.**
176 Federal Street, Fifth Floor
Boston, Massachusetts 02110
Tel: (617) 738-7080
Fax: (617) 830-0327
ted@brodericklaw.com

Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com

Dana J. Oliver (SBN #291082)
dana@danaoliverlaw.com
**OLIVER LAW CENTER, INC.**
8780 19th Street, #559
Rancho Cucamonga, CA 91701
Tel: (855) 384-3262
Fax: (888) 570-2021

*Attorneys for Plaintiff Sherry Strickland*

## ATTESTATION

I, Glenn T. Graham, am the ECF user whose identification and password are being used to file this document. I hereby attest that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 14, 2025                    /s/ *Glenn T. Graham*
                                            Glenn T. Graham