**KELLEY DRYE & WARREN LLP**
  Lauri A. Mazzuchetti (*pro hac vice*)
  Glenn T. Graham (SBN 338995)
  Emily E. Clark (*pro hac vice* pending)
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com
eclark@kelleydrye.com

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY STRICKLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC.<br><br>Defendant. | Case No. 4:23-cv-05034-JST<br><br>**JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO AMEND SCHEDULING ORDER** |

Plaintiff Sherry Strickland ("Plaintiff") and Defendant Sunrun Inc. ("Sunrun") (collectively, "the Parties") by and through their undersigned counsel of record and subject to the Court's approval, submit this Stipulation and Proposed Order. Pursuant to the Court's approval, Parties stipulate as follows:

WHEREAS, Plaintiff filed the Complaint on October 1, 2023, and the First Amended Complaint on January 4, 2024;

WHEREAS, Sunrun moved to dismiss Plaintiff's First Amended Complaint on January 25, 2024, which the Court denied on October 1, 2024;

WHEREAS, Sunrun answered the First Amended Complaint on October 15, 2024;

WHEREAS, Plaintiff filed a Second Amended Complaint on March 27, 2025;

WHEREAS, Sunrun answered the Second Amended Complaint on April 10, 2025;

WHEREAS, this Court held an initial case management conference on May 6, 2025;

WHEREAS, the Parties are currently actively engaged in discovery, including complying with a discovery order from the Magistrate Judge Beeler;

WHEREAS, the Parties are continuing to meet and confer with respect to the discovery order;

WHEREAS, the Parties discovered further discovery is necessary, including further expert discovery and fact witness depositions;

WHEREAS, the Parties agree that efficiency dictates the proposed deadlines in the above-captioned matter to afford the Parties additional time to continue necessary discovery;

WHEREAS, subject to Court approval, Parties stipulate to the below revised schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery cut-off | November 14, 2025 | January 13, 2026 |
| Deadline to conduct private mediation | February 27, 2026 | No change |
| Last day to file dispositive motions | December 14, 2025 | February 12, 2026 |
| Last day to file oppositions to dispositive motions | January 12, 2026 | March 13, 2026 |
| Last day to file replies to dispositive motions | February 9, 2026 | April 10, 2026 |
| Dispositive motion hearing | March 5, 2026 at 2:00 pm | May 7, 2026 at 2:00 pm |
| Last day to file motion for class certification | March 30, 2026 | May 29, 2026 |
| Last day to file opposition to class certification | April 20, 2026 | June 19, 2026 |
| Last day to file reply in further support of class certification | May 11, 2026 | July 10, 2026 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 13, 2025

| | |
|---|---|
| */s/ Anthony I. Paronich* | */s/ Glenn T. Graham* |
| Anthony I. Paronich (*pro hac vice*) | Lauri A. Mazzuchetti (*pro hac vice*) |
| **Paronich Law, P.C.** | Glenn T. Graham (SBN #338995) |
| 350 Lincoln Street, Suite 2400 | Emily E. Clark (*pro hac vice* pending) |
| Hingham, MA 02043 | **Kelley Drye & Warren LLP** |
| Telephone: (617) 485-0018 | 7 Giralda Farms, Suite 340 |
| Facsimile: (508) 318-8100 | Madison, New Jersey 07940 |
| anthony@paronichlaw.com | Telephone: (973) 503-5900 |
| | Facsimile: (973) 503-5950 |
| Edward A. Broderick (*pro hac vice*) | lmazzuchetti@kelleydrye.com |
| **Broderick Law, P.C.** | ggraham@kelleydyre.com |
| 176 Federal Street, Fifth Floor | eclark@kelleydrye.com |
| Boston, Massachussetts 02110 | |
| Telephone: (617) 738-7080 | *Counsel for Defendant, Sunrun Inc.* |
| Facsimile: (617) 830-0327 | |
| ted@brodericklaw.com | |

Dana J. Oliver (SBN #291082)
**Oliver Law Center, Inc.**
8780 19th Street, #559
Rancho Cucamonga, CA 91701
Tel: (855) 384-3262
Facsimile: (888) 570-2021

*Counsel for Plaintiff Sherry Strickland*

## **ATTESTATION OF FILER**

Pursuant to Civil L.R. 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 13, 2025                                        */s/ Glenn T. Graham*
                                                                                 Glenn T. Graham

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: November 14, 2025

_____
Hon. Jon S. Tigar, USDJ