UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY STRICKLAND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUNRUN, INC.,<br><br>　　　　Defendant. | Case No. 23-cv-05034-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　The Court having reviewed the parties' most recent case management statement, ECF No. 76, and it appearing that there currently are no matters requiring the Court's attention, the case management conference scheduled for November 21, 2025 is CONTINUED to February 27, 2026 at 1:30 p.m.  An updated joint case management statement is due February 20, 2026.

　　**IT IS SO ORDERED.**

Dated: November 20, 2025



JON S. TIGAR
United States District Judge