**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (SBN 338995)
Emily E. Clark (*pro hac vice* pending)
7 Giralda Farms, Suite 340
Madison, NJ 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com
eclark@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHERRY STRICKLAND**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SUNRUN INC.**,<br><br>Defendant. | Case No. 4:23-cv-05034-JST<br><br>[Assigned to the Hon. Jon S. Tigar]<br><br>**STIPULATION CONCERNING SUNRUN'S ADMINISTRATIVE MOTION TO SEAL EXHIBIT TO JOINT STIPULATION FOR ORDER AUTHORIZING SUBPOENA** |

Pusruant to L.R. 7-11(a) and L.R. 79-5, Plaintiff Sherry Strickland ("Plaintiff") and Defendant Sunrun Inc. ("Sunrun") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

1. The current discovery end date is January 13, 2026.  (Dkt. No. 77.)

2. On September 30, 2025, Sunrun served a subpoena on Plaintiff's phone carrier, Comcast Cable Communications, LLC d/b/a Xfinity ("Comcast").

3. Comcast responded that pursuant to the Cable Communications Policy Act of 1984, 47 U.S.C. § 551 (the "Cable Act"), it requires a court order to produce documents and records in response to a subpoena.

4. Sunrun intends to issue a revised subpoena to Comcast seeking identifying subscriber information associated with certain IP addresses concerning the source of the webform submissions Sunrun believes to have been completed by Plaintiff or someone acting on her behalf in addition to records associated with Plaintiff's telephone number (the "Subpoena").

5. Sunrun anticipates that Comcast will reassert that the Cable Act requires a court order prior to providing subscriber information and would withhold production absent such order.

6. In seeking such an order, Sunrun will file the proposed Subpoena as an exhibit to the Parties' Joint Stipulation for Order Authorizing the Subpoena (the "Joint Stipulation").

7. The Subpoena contains references to Plaintiff's personally identifiable information ("PII") or sensitive personal information ("SPI"), including her phone number and residential home address.

8. The PII and SPI contained in the Subpoena is private information that was not meant for public disclosure and requires redaction.

**STIPULATION**

Plaintiff and Sunrun, by and through their respective counsel, hereby stipulate and agree, subject to an Order from the Court, as follows:

1. Exhibit 1 to the Joint Stipulation shall remain under seal with a redacted version available to the public.

2

CASE NO. 4:23-CV-05034-JST
STIPULATION GRANTING ADMINISTRATIVE MOTION TO SEAL EXHIBIT TO JOINT STIPULATION FOR ORDER AUTHORIZING SUBPOENA

Dated: December 11, 2025

| | |
|---|---|
| */s/ Edward A. Broderick* | */s/ Glenn T. Graham* |
| Edward A. Broderick | Lauri A. Mazzuchetti (*pro hac vice*) |
| **BRODERICK LAW, P.C.** | Glenn T. Graham (SBN 338995) |
| 10 Hillisde Avenue | Emily E. Clark (*pro hac vice* pending) |
| Winchester, Massachussetts 01890 | **KELLEY DYRE & WARREN LLP** |
| Telephone: (617) 738-7080 | 7 Giralda Farms, Suite 340 |
| Facsimile: (617) 830-0327 | Madison, NJ 07940 |
| ted@broderick-law.com | Tel: (973) 503-5900 |
| | Facsimile: (973) 503-5950 |
| Anthony I. Paronich | lmazzuchetti@kelleydrye.com |
| **PARONICH LAW, P.C.** | ggraham@kelleydrye.com |
| 350 Lincoln Street, Suite 2400 | eclark@kelleydrye.com |
| Hinham, MA 02043 | |
| Tel: (617) 485-0018 | *Attorneys for Defendant, Sunrun Inc.* |
| Facisimile: (508) 317-8100 | |
| anthony@paronichlaw.com | |

Dana J. Oliver (SBN #291082)
**Oliver Law Center, Inc.**
8780 19th Street, #559
Rancho Cucamonga, CA 91701
Tel: (855) 384-3262
Facsimile: (888) 570-2021

*Counsel for Plaintiff Sherry Strickland*

## ATTESTATION

I, Glenn T. Graham, am the ECF user whose identification and password are being used to file this document. I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 11, 2025            Respectfully submitted,

                                                */s/ Glenn T. Graham*
                                                Glenn T. Graham (SBN 338995)

3

CASE NO. 4:23-CV-05034-JST
STIPULATION GRANTING ADMINISTRATIVE MOTION TO SEAL EXHIBIT TO JOINT STIPULATION FOR ORDER AUTHORIZING SUBPOENA