**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (SBN 338995)
Emily E. Clark (*pro hac vice* pending)
7 Giralda Farms, Suite 340
Madison, NJ 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com
eclark@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHERRY STRICKLAND**, individually and on behalf of all others similarly situated**,**<br><br>Plaintiff,<br><br>v.<br><br>**SUNRUN INC.**,<br><br>Defendant. | Case No. 4:23-cv-05034-JST<br><br>[Assigned to the Honorable Jon S. Tigar]<br><br>**DECLARATION OF GLENN T. GRAHAM IN SUPPORT OF SUNRUN'S ADMINISTRATIVE MOTION TO SEAL EXHIBIT TO JOINT STIPULATION FOR ORDER AUTHORIZING SUBPOENA** |

1

CASE NO. 4:23-CV-05034-JST
DECLARATION OF GLENN T. GRAHAM IN SUPPORT OF SUNRUN'S ADMINISTRATIVE
MOTION TO SEAL EXHIBIT TO JOINT STIPULATION

I, Glenn T. Graham, declare:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am a partner at the law firm of Kelley Drye & Warren LLP and counsel of record for Defendant Sunrun Inc. ("Sunrun") in the above-captioned action. Pursuant to L.R. 7-11 and L.R. 79-5, I submit this declaration in support of Sunrun's Administrative Motion to Seal an Exhibit to the Joint Stipulation for Order Authorizing Subpoena ("Motion"). I make this declaration based on my personal knowledge. If called as a witness, I could and would competently testify to the information stated herein.

2. I have reviewed and complied with Civil Local Rule 79-5 and 7-11.

3. Through the Motion filed herein, Sunrun seeks to seal Exhibit 1 (the "Exhibit") attached to the parties' Joint Stipulation for Order Authorizing Subpoena ( the "Joint Stipulation").

4. I have personally reviewed the Exhibit.

5. The Exhibit references Plaintiff's personally identifiable information ("PII") or sensitive personal information ("SPI"), including but not limited to her phone number and residential home address.

6. The PII and SPI contained in the Exhibit is private information that was not meant for public disclosure.

7. Disclosure of such information puts Plaintiff at risk of identity theft or other personal harm. Additionally, disclosure may strain the business relationship between Sunrun and its past, present and future customers, as Sunrun represents its intention to keep call recipeints' PII and SPI private from disclosure pursuant to Sunrun's Privacy Policy. Sunrun makes such representations because it values customers' privacy interests.

8. Sunrun has redacted only the SPI and PII from the Exhibit and will file a redacted copy herewith.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 11, 2025.

*/s/ Glenn T. Graham*
Glenn T. Graham

2
CASE NO. 4:23-CV-05034-JST
DECLARATION OF GLENN T. GRAHAM IN SUPPORT OF SUNRUN'S ADMINISTRATIVE MOTION TO SEAL EXHIBIT TO JOINT STIPULATION