**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHERRY STRICKLAND**, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>     v.<br><br>**SUNRUN INC.**,<br><br>               Defendant. | Case No. 4:23-cv-05034-JST<br><br>[Assigned to Hon. Jon S. Tigar]<br><br>**[PROPOSED] ORDER GRANTING SUNRUN'S ADMINISTRATIVE MOTION TO SEAL EXHIBIT TO JOINT STIPULATION FOR ORDER AUTHORIZIING SUBPOENA** |

### [PROPOSED] ORDER

The Court, having considered Sunrun's Administrative Motion to Seal Exhibit to the Joint Stipulation for Order Authorizing Subpoena ("Motion") and accompanying documents, hereby ORDERS as follows:

| Exhibit No. | Description | Ruling |
|---|---|---|
| Exhibit 1 | Unredacted Subpoena to Comcast Cable Communications, LLC d/b/a Xfinity | |

Therefore, it is hereby ordered that Sunrun's Motion is GRANTED and the unredacted exhibit shall be filed under seal pursuant to L.R. 79-5.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2025          _____
                                                              Hon. Jon S. Tigar
                                                              United States District Judge