**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (SBN 338995)
Emily E. Clark (*pro hac vice* pending)
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com
eclark@kelleydrye.com

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY STRICKLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC.<br><br>Defendant. | Case No. 4:23-cv-05034-JST<br><br>**JOINT STIPULATION FOR ORDER AUTHORIZING SUBPOENA** |

Plaintiff Sherry Strickland ("Plaintiff") and Defendant Sunrun Inc. ("Sunrun") (collectively, the "Parties") by and through their undersigned counsel of record and subject to the Court's approval, submit this Stipulation and Proposed Order authorizing a third party, Comcast Cable Communications, LLC d/b/a Xfinity ("Comcast"), to provide records pursuant to a subpoena duces tecum to be issued by Sunrun. The Parties stipulate as follows:

WHEREAS, on September 30, 2025, Sunrun served a subpoena on Plaintiff's phone carrier, Comcast;

WHEREAS, Comcast responded that pursuant to the Cable Communications Policy Act of 1984, 47 U.S.C. § 551 (the "Cable Act"), it requires a court order to produce documents and records in response to a subpoena;

WHEREAS, Plaintiff identified Comcast as her home internet provider;

1  WHEREAS, Sunrun has identified IP addresses concerning the source of the webform submissions Sunrun believes to have been completed by Plaintiff or someone acting on her behalf (the "IP Addresses");

WHEREAS, Sunrun has identified the IP Addresses as being associated with a residential Comcast internet subscriber;

WHEREAS, Sunrun intends to issue a revised subpoena to Comcast seeking identifying subscriber information associated with the IP Addresses, in addition to records associated with Plaintiff's telephone number;

WHEREAS, Sunrun anticipates that Comcast will reassert that the Cable Act requires a court order prior to providing subscriber information and would withhold production absent such order;

WHEREAS, disclosure of such information may properly be made "pursuant to a court order authorizing such disclosure, if the subscriber is notified of such order by the person to whom the order is directed[,]" 47 U.S.C. § 551(c)(2)(B);

WHEREAS, Sunrun intends to issue a subpoena to Comcast in the form attached hereto as Exhibit 1 (the "Subpoena"), which requests information with respect to Plaintiff's phone number ending in 3632 and home address located in Lake City, Florida;

WHEREAS, subject to Court approval, the Parties stipulate for an order authorizing Comcast, pursuant to 47 U.S.C. § 551(c)(2)(B), to provide the records requested in the Subpoena.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 11, 2025

| | |
|---|---|
| */s/ Edward A. Broderick* | */s/ Glenn T. Graham* |
| Edward A. Broderick | Lauri A. Mazzuchetti (*pro hac vice*) |
| **Broderick Law, P.C.** | Glenn T. Graham (SBN #338995) |
| 10 Hillside Avenue | Emily E. Clark (*pro hac vice* pending) |
| Winchester, Massachussetts 01890 | **Kelley Drye & Warren LLP** |
| Telephone: (617) 738-7080 | 7 Giralda Farms, Suite 340 |
| Facsimile: (617) 830-0327 | Madison, New Jersey 07940 |
| ted@broderick-law.com | Telephone: (973) 503-5900 |
| | Facsimile: (973) 503-5950 |
| Anthony I. Paronich | lmazzuchetti@kelleydrye.com |
| **Paronich Law, P.C.** | ggraham@kelleydyre.com |
| 350 Lincoln Street, Suite 2400 | eclark@kelleydrye.com |
| Hingham, MA 02043 | |
| Telephone: (617) 485-0018 | *Counsel for Defendant, Sunrun Inc.* |
| Facsimile: (508) 318-8100 | |
| anthony@paronichlaw.com | |

Dana J. Oliver (SBN #291082)
**Oliver Law Center, Inc.**
8780 19th Street, #559
Rancho Cucamonga, CA 91701
Tel: (855) 384-3262
Facsimile: (888) 570-2021

*Counsel for Plaintiff Sherry Strickland*

## ATTESTATION OF FILER

Pursuant to Civil L.R. 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 11, 2025                                */s/ Glenn T. Graham*
                                                                        Glenn T. Graham