1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY STRICKLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC.<br><br>Defendant. | Case No. 4:23-cv-05034-JST<br><br>**[PROPOSED] ORDER** |

IT IS HEREBY ORDERED THAT:

1. The Court GRANTS the parties' Joint Stipulation for Order Authorizing Subpoena (the "Stipulation") (Dkt. No. 80);

2. Comcast Cable Communications, LLC d/b/a Xfinity is authorized, pursuant to 47 U.S.C. § 551(c)(2)(B), to provide the records requested as specified in Exhibit 1 to the Stipulation.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____                    _____
                                          Hon. Jon S. Tigar, USDJ