Edward A. Broderick
**Broderick Law, P.C.**
10 Hillside Avenue
Winchester, Massachussetts 01890
Telephone: (617) 738-7080
Facsimile: (617) 830-0327
ted@broderick-law.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY STRICKLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC.<br><br>Defendant. | Case No. 4:23-cv-05034-JST<br><br>**JOINT STIPULATION RESOLVING DISCOVERY DISPUTE ECF 65 AND COMPLYING WITH COURT ORDER ECF 74** |

Plaintiff Sherry Strickland ("Plaintiff") and defendant Sunrun Inc. ("Sunrun") (collectively, the "Parties") by and through their undersigned counsel of record and subject to the Court's approval, submit this Stipulation and Proposed Order to set forth their agreement resolving their discovery dispute regarding Sunrun's production of consent information. The Parties stipulate as follows:

WHEREAS, on October 13, 2025, the Parties submitted a Joint Letter Brief regarding their discovery dispute as to Plaintiff's requests for evidence of "TCPA compliant" consent to call purported members of the putative classes;

WHEREAS, on October 17, 2025, the parties' discovery dispute was referred to Magistrate Judge Laurel Beeler;

WHEREAS, on October 28, 2025, Magistrate Judge Beeler issued a Discovery Order, ECF 70, granting in part and denying in part Plaintiff's discovery motion, and ordering the Parties to

meet and confer on a possible sampling methodology as to consent information and to report back within 14 days to raise any dispute;

WHEREAS, on November 12, 2025, in compliance with ECF 70, the Parties made a supplemental filing regarding their dispute, requesting an additional 30 days, until December 12, 2025, to review the interim sampling of consent information, confer further and report back to the Court;

WHEREAS, on November 17, 2025, Sunrun made an interim production of a sampling of putative class member consent information, as supplemented on December 12, 2025;

WHEREAS, Plaintiff has reviewed the consent information, and the parties have conferred and agreed that the sampling of consent information will be treated as reflective of the types of records, demonstrating consent, possessed by Sunrun and/or Clean Energy Experts, LLC ("CEE") as to members of the putative class.  Neither party may introduce information with respect to putative class members outside of that information produced by Sunrun in its sampling.  Nothing in this stipulation, however, shall preclude Sunrun from arguing that the determination of whether an individual consented to receive telephone calls (and/or other communications) is an individualized issue that precludes class certification.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 12, 2025

| | |
|---|---|
| */s/ Edward A. Broderick* | */s/ Glenn T. Graham* |
| Edward A. Broderick | Lauri A. Mazzuchetti (*pro hac vice*) |
| **Broderick Law, P.C.** | Glenn T. Graham (SBN #338995) |
| 10 Hillside Avenue | Emily E. Clark (*pro hac vice* pending) |
| Winchester, Massachussetts 01890 | **Kelley Drye & Warren LLP** |
| Telephone: (617) 738-7080 | 7 Giralda Farms, Suite 340 |
| Facsimile: (617) 830-0327 | Madison, New Jersey 07940 |
| ted@broderick-law.com | Telephone: (973) 503-5900 |
| | Facsimile: (973) 503-5950 |
| Anthony I. Paronich | lmazzuchetti@kelleydrye.com |
| **Paronich Law, P.C.** | ggraham@kelleydyre.com |
| 350 Lincoln Street, Suite 2400 | eclark@kelleydrye.com |
| Hingham, MA 02043 | |
| Telephone: (617) 485-0018 | *Counsel for Defendant, Sunrun Inc.* |
| Facsimile: (508) 318-8100 | |
| anthony@paronichlaw.com | |

Dana J. Oliver (SBN #291082)
**Oliver Law Center, Inc.**
8780 19th Street, #559
Rancho Cucamonga, CA 91701
Tel: (855) 384-3262
Facsimile: (888) 570-2021

*Counsel for Plaintiff Sherry Strickland*

## ATTESTATION OF FILER

Pursuant to Civil L.R. 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 12, 2025                    */s/ Edward A. Broderick*
                                            Edward A. Broderick