# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHERRY STRICKLAND**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SUNRUN INC.**,<br><br>Defendant. | Case No. 4:23-cv-05034-JST<br><br>[Assigned to Hon. Jon S. Tigar]<br><br>**[~~PROPOSED~~] ORDER GRANTING SUNRUN'S ADMINISTRATIVE MOTION TO SEAL EXHIBIT TO JOINT STIPULATION FOR ORDER AUTHORIZIING SUBPOENA** |

**[~~PROPOSED~~] ORDER**

The Court, having considered Sunrun's Administrative Motion to Seal Exhibit to the Joint Stipulation for Order Authorizing Subpoena ("Motion") and accompanying documents, hereby ORDERS as follows:

| Exhibit No. | Description | Ruling |
|---|---|---|
| Exhibit 1 | Unredacted Subpoena to Comcast Cable Communications, LLC d/b/a Xfinity | |

Therefore, it is hereby ordered that Sunrun's Motion is GRANTED and the unredacted exhibit shall be filed under seal pursuant to L.R. 79-5.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 12, 2025

_____
Hon. Laurel Beeler
United States Magistrate Judge