**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (SBN 338995)
Emily E. Clark (*pro hac vice* pending)
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com
eclark@kelleydrye.com

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY STRICKLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC.<br><br>Defendant. | Case No. 4:23-cv-05034-JST<br><br>**DECLARATION OF GLENN T. GRAHAM IN SUPPORT OF JOINT STIPULATION TO AMEND SCHEDULING ORDER** |

I, Glenn T. Graham, declare:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am a partner at the law firm of Kelley Drye & Warren LLP and counsel of record for Defendant Sunrun Inc. ("Sunrun") in the above-captioned action. I make this declaration based on my personal knowledge. If called as a witness, I could and would competently testify to the information stated herein.

2. Sunrun and Plaintiff (collectively, the "Parties") are currently actively engaged in discovery.

3. The Parties require additional depositions, including of each of the Parties' experts, a continued deposition of Plaintiff due to Plaintiff's personal timing constraints and additional fact witness depositions.

4. The Parties agree that efficiency dictates an approximate 60-day extension of the

upcoming deadlines to afford the Parties, as reflected below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery cut-off | March 13, 2026 | May 12, 2026 |
| Last day to file dispositive motions | April 13, 2026 | June 12, 2026 |
| Deadline to conduct private mediation | April 28, 2026 | June 29, 2026 |
| Last day to file oppositions to dispositive motions | May 12, 2026 | July 13, 2026 |
| Last day to file replies to dispositive motions | June 9, 2026 | August 10, 2026 |
| Dispositive motion hearing | July 9, at 2:00 pm | September 10, at 2:00 pm |
| Last day to file motion for class certification | July 28, 2026 | September 28, 2026 |
| Last day to file opposition to class certification | August 18, 2026 | October 19, 2026 |
| Last day to file reply in further support of class certification | September 8, 2026 | November 9, 2026 |

5. The Parties previously stipulated to a 14-day extension of Sunrun's time to respond to the Complaint (Dkt. 14) and a 7-day extension of Sunrun's time to respond to the Amended Complaint (Dkt. 24).

6. The Parties previously stipulated to a schedule in their Rule 26(f) report, which was so-ordered by the Court on May 6, 2025 (the "Scheduling Order") (Dkt. 58).

7. The Court previously granted the Parties' stipulated request to amend the Scheduling Order to afford the Parties additional time to work towards a resolution of the Sampling Dispute, which resulted in deadlines being extended approximately one month. (Dkt. 62.)

8. The Court previously granted the Parties' stipulated request to extend the time to conduct private mediation from November 1, 2025 to February 27, 2026 (Dkt. 72).

9. The Court previously granted the Parties' stipulated request to amend the Scheduling

1  Order by approximately 60 days.  (Dkt. 77.)

2      10.    The Court recently granted the Parties' stipulated request to amend the Scheduling
3  Order by approximately 60 days. (Dkt. 85.)

4      I declare under penalty of perjury that the foregoing is true and correct.

6      Executed on February 20, 2026, in Madison, New Jersey.

8                                           By:    */s/ Glenn T. Graham*
                                                                    Glenn T. Graham