**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (State Bar No. 338995)
Emily E. Clark (*pro hac vice*)
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone:    (973) 503-5917
Facsimile:    (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com
eclark@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY STRICKLAND, individually and on behalf of all others similarly situated,<br><br><br>Plaintiffs,<br><br>v.<br><br>SUNRUN, INC.<br><br>Defendant. | Case No. 4:23-cv-05034-JST<br><br>(Hon. Jon S. Tigar)<br><br>**NOTICE OF DEATH AND JOINT CASE MANAGEMENT STATEMENT**<br><br>Action Filed: October 1, 2023 |

NOTICE OF DEATH AND JOINT CASE MANAGEMENT STATEMENT
CASE NO. 4:23-cv-05034-JST

PLEASE TAKE NOTICE that counsel for Plaintiff Sherry Strickland ("Plaintiff") was recently informed that Plaintiff has died.

Counsel for Plaintiff and counsel for Defendant Sunrun Inc. ("Sunrun") hereby respectfully request that the Court stay all current deadlines for 60 days.

Dated: April 10, 2026                                    Respectfully submitted,

*/s/ Glenn T. Graham*
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (SBN #338995)
Emily E. Clark (*pro hac vice*)
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Tel: (973) 503-5900
Fax: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com
eclark@kelleydrye.com

*Counsel for Defendant Sunrun Inc.*

*/s/ Anthony I. Paronich*
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com

Edward A. Broderick (*pro hac vice*)
**BRODERICK LAW, P.C.**
176 Federal Street, Fifth Floor
Boston, Massachusetts 02110
Tel: (617) 738-7080
Fax: (617) 830-0327
ted@brodericklaw.com

Dana J. Oliver (SBN #291082)
dana@danaoliverlaw.com
**OLIVER LAW CENTER, INC.**
8780 19th Street, #559
Rancho Cucamonga, CA 91701

Tel: (855) 384-3262
Fax: (888) 570-2021

*Attorneys for Plaintiff Sherry Strickland*

### ATTESTATION

I, Glenn T. Graham, am the ECF user whose identification and password are being used to file this document. I hereby attest that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 10, 2026                    /s/ *Glenn T. Graham*
                                         Glenn T. Graham