Anthony I. Paronich
*Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

[Additional counsel appear on signature page]

*Attorneys for plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY STRICKLAND, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>SUNRUN, INC.<br><br>　　　　　Defendant. | Case No. 4:23-cv-05034-JST<br><br>**JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND SUSPEND CASE DEADLINES PENDING CONTINUED CASE MANAGEMENT CONFERENCE** |

- 1 -

*JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND SUSPEND CASE DEADLINES PENDING CONTINUED CASE MAMANGEMENT CONFERENCE*
*Strickland v. Sunrun, Inc.*, Case No. 4:23-cv-05034-RST

The Parties jointly move the for an order continuing the Case Management Conference, currently set for hearing via Zoom on July 28, 2026 at 2:00 p.m. and for the suspension of case deadlines pending the continued Case Management Conference. As grounds for this motion, the Parties state that on April 10, 2026 the Parties jointly filed a Notice of Death and Joint Case Management Statement (ECF 92) informing the Court that Plaintiff's counsel had recently been advised that the Plaintiff Sherry Strickland had died, and requesting that the Court stay all then current deadlines for 60 days. On April 20, 2026, the Court issued an electronic order, continuing all deadlines by 60 days and ordering that an Updated Joint Case Management Statement be filed by July 21, 2026, and setting a Joint Case Management Conference on July 28, 2026 at 2:00 p.m. via Zoom. (ECF 93)

Since that time, the decedent Plaintiff's daughter Sharon Washington has sought counsel to file for appointment as the Personal Representative of her late mother's estate in the Circuit Court, Third Judicial District in and for Columbia County, Florida in part to allow her to bring a motion in this Court to substitute in as Plaintiff in this case. After some difficulties, the Petition for Sharon Washington's appointment has now been filed (a copy of attached as Exhibit 1). Plaintiff's counsel are advised that the Florida Court typically acts relatively quickly on petitions of this nature.

In light of the need for Plaintiff's counsel to have a legally appointed representative to speak for the Plaintiff's Estate, the Parties respectfully move the Court to continue the Joint Case Management Conference by 40 days and suspend all case deadlines pending the Continued Case Management Conference. The Parties request the continuance to allow the Florida Court time to

- 2 -

*JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND SUSPEND CASE DEADLINES PENDING CONTINUED CASE MAMANGEMENT CONFERENCE*
*Strickland v. Sunrun, Inc.*, Case No. 4:23-cv-05034-RST

make its appointment and for the Parties to confer and submit new proposed deadlines in the case for the Court's consideration in the form of an Updated Case Management Statement. A Proposed Order is submitted as Exhibit 2.

## SIGNATURE ATTESTATION

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from the other signatories.

RESPECTFULLY SUBMITTED AND DATED July 20, 2026

By:

| | |
|---|---|
| */s/ Anthony I. Paronich* | */s/ Glenn T. Graham* |
| Anthony I. Paronich | Glenn T. Graham |
| Paronich Law, P.C. | Kelley Drye & Warren LLP |
| 350 Lincoln Street, Suite 2400 | 7 Giralda Farms, Suite 340 |
| Hingham, MA 02043 | Madison, NJ 07940 |
| [o] (617) 485-0018 | [o] (973) 503-5900 |
| [f] (508) 318-8100 | [f] (973) 503-5950 |
| anthony@paronichlaw.com | ggraham@kelleydyre.com |
| | |
| | */s/Lauri A. Mazzuchetti* |
| | Lauri A. Mazzuchetti (*pro hac vice*) |
| | Kelley Drye & Warren LLP |
| | 7 Giralda Farms, Suite 340 |
| | Madison, NJ 07940 |
| | [o] (973) 503-5910 |
| | [f] (973) 503-5950 |
| | lmazzuchetti@kelleydyre.com |

- 3 -

*JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND SUSPEND CASE DEADLINES PENDING CONTINUED CASE MAMANGEMENT CONFERENCE*
*Strickland v. Sunrun, Inc.*, Case No. 4:23-cv-05034-RST