IN THE CIRCUIT COURT, THIRD JUDICIAL CIRCUIT,
IN AND FOR COLUMBIA COUNTY, FLORIDA

IN RE:  The Estate of                                    CASE NO. 2026-CP- 126

SHERRY STRICKLAND,

Deceased.

_____/

PETITION FOR ADMINISTRATION
(TO CONVERT CASE FROM SUMMARY ADMINISTRATION)
AND FOR ORDER WAIVING BOND
(intestate estate)

Petitioners, AUDREY M. STRICKLAND and SHARON WASHINGTON, allege:

1. Petitioners have an interest in the above Decedent's estate as daughters and heirs at law of Decedent. Petitioners' name and address are set forth In paragraph 3 and the name and office address of Petitioners' attorney are set forth at the end of this Petition.

2. Decedent, SHERRY L. STRICKLAND, whose domiciliary address was 121 SE Hubble Street, Lake City, Florida  32025, and whose age (if known) was 60 years, and whose Social Security number was ███████ died on December 17, 2025 at home, and on the date of death was domiciled in Columbia County, Florida.

3.  So far as is known, the names of interested persons and the beneficiaries of this Estate and of Decedent;s surviving spouse, if any, their addresses and relationships to Decedent, and the dates of birth of any who are minors, are:

| NAME | ADDRESS | RELATIONSHIP | ███ |
|------|---------|--------------|-----|
| No surviving spouse | | | |
| Descendants: | | | |
| AUDREY M. STRICK-LAND | 121 SE Hubble Street Lake City, FL 32025 | Daughter | 3/05/86 |

SHARON WASHINGTON   1710 Wells Rd., Apt #213          Daughter                3/24/85
                    Orange Park, FL  32073

4. Venue is in this county because Decedent was domiciled in Columbia County.

5. After the exercise of reasonable diligence, Petitioners have not found any last will and testament or codicil to such last will of Decedent.

6. Petitioner SHARON WASHINGTON, whose address is as set forth in paragraph 3, is qualified under the laws of the the State of Florida to serve as Personal Representative of Decedent and is entitled to preference in appointment because she was selected by a majority in interest of the heirs as Personal Representative.  To Petitionwe's knowledge, there is no other party with greater priority tio appointment,

7. Petitioner SHARON WASHINGTON has not been convicted of a felony and has not been convicted in any state or foreign jurisdiction of abuse, neglect, or exploitation of an elderly person or a disabled adult, as those terms are defined in section 825.101, Florida Statutes; Petitioner is physically and mentally capable of exercising the duties of personal representative; Petitioner is over the age of 18 years; and Petitioner is a resident of Florida.

8. Domiciliary probate proceedings are not known to be pending in another state or county.

9. The nature and approximate value of all assets in this Estate, including assets claimed to be exempt, are (a) a homestead parcel of real property of the value of $104,053.00 and (b) a chose in action of an as yet undetermined value.

10. This estate will not be require to file a federal estate tax return.

11. Because this Estate's primary assets are either real property or a chose in action not reduced to a money judgment and thus the assets are not of such a kind where there is significant danger of defalcation of the assets, and Petitioners are all the heirs at law of Decedent, Petitioners request this Court to waive the requirement that the Personal Representative post bond herein..

WHEREFORE, Petitioners respectfully requests that this Court appoint SHARON WASHINGTON Personal Representative of the Florida estate of this Decedent and that the Court enter its further Order waiving the requirement that the Personal Representative be required to post bond herein.

UNDER PENALTIES OF PERJURY, I declare that I have ead the foregoing and that the facts alleged herein are true and correct to my best information and belief. Dated this 14 day of April, 2026.



AUDREY MAE STRICKLAND
Petitioner

SHARON WASHINGTON
Petitioner

Respectfully submitted,

S David C. Braun

DAVID C. BRAUN
Attorney for Petitioner
Florida Bar No. 333034
265 SW Maryland Lane
Lake City, Florida 32025
Telephone: (386) 697-3523
E-mail: dcbraunesq@yahoo.com