# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHERRY STRICKLAND, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SUNRUN INC.

Defendant.

Case No. 4:23-cv-05034-RST

**[PROPOSED] ORDER GRANTING DEFENDANT SUNRUN INC.'S MOTION TO DISMISS AND TO STRIKE CLASS ALLEGATIONS**

[PROPOSED] ORDER ON THE PARTIES' JOINT MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND SUSPEND CASE DEADLINES PENDING CONTINUED CASE MANAGEMENT CONFERENCE
CASE NO. 4:23-CV-5034

THIS MATTER came before the Court on the Parties' Joint Motion to Continue Case Management Conference and Suspend Case Deadlines Pending Continued Case Management Conference. Upon consideration of the motion, it is hereby ORDERED that the motion is GRANTED. A Case Management Conference is set for _____ at _____ via Zoom webinar and all case deadlines are suspended pending the continued Case Management Conference. An updated Case Management Conference is due by _____.

IT IS SO ORDERED.

Dated: _____, 2026.        _____

Jon S. Tigar, United States District Judge