UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY STRICKLAND,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN, INC.,<br><br>Defendant. | Case No. 23-cv-05034-JST<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER GRANTING STAY**<br><br>Re: ECF No. 94 |

The parties' joint motion to continue case management conference, ECF No. 94, is granted. The case management conference scheduled for July 28, 2026 is continued to October 27, 2026 at 2:00 p.m. An updated joint case management statement is due October 20, 2026.

All case deadlines are stayed pending further order. The parties shall propose new case deadlines in their October 20, 2026 case management statement.

**IT IS SO ORDERED.**

Dated: July 27, 2026



JON S. TIGAR
United States District Judge

United States District Court
Northern District of California