Anthony I. Paronich
*Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

SHERRY STRICKLAND, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SUNRUN INC.

Defendant.

Case No. 4:23-cv-05034-JST

**PLAINTIFF'S STATEMENT OF INTERESTED PARTIES**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed person, association of persons, firms, partnerships, corporation (including but not limited to parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding.

1. Andrew Heidarpour.
2. The Heidarpour Law Firm, PLLC.

Dated: October 20, 2026

*/s/ Anthony I. Paronich*

Anthony I. Paronich
**Paronich Law, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff Sherry Strickland*