Anthony I. Paronich
*Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

[Additional counsel appear on signature page]

*Attorneys for plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY STRICKLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN, INC.<br><br>Defendant. | Case No. 4:23-cv-05034-JST<br><br>**MOTION TO SUBSTITUTE SHARON WASHINGTON, PERSONAL REPRESENTATIVE FOR SHERRY STRICKLAND, AS PLAINTIFF** |

Sharon Washington, ("Ms. Washington") having been appointed as Personal Representative for her late mother Sherry Strickland, moves this Court that she be substituted as Plaintiff in this action.

As grounds for the motion, Ms. Washington states on she has been appointed as her late mother's Personal Representative by the Circuit Court, Third Judicial District in and for Columbia County, Florida. A copy of that order is attached as Exhibit 1. Ms. Washington has retained current Plaintiff's counsel in this action, has been advised of her responsibilities in serving as a putative class Plaintiff in this action and is prepared and willing to serve as Plaintiff in her late mother's stead.

It is well settled that a TCPA claim, like all remedial claims under federal law, survive the death of the plaintiff. *Parchman v. SLM Corp.*, 896 F.3d 728, 741 (6th Cir. 2018)("claims under the TCPA do survive a plaintiff's death."); *accord Sharp v. Ally Fin., Inc.*, 328 F. Supp. 3d 81, 97-98 (W.D.N.Y. 2018) and *Krakauer v. Dish Network LLC,* No. 1:14-CV-333, 2019 U.S. Dist. LEXIS 114313, at *17 (M.D.N.C. July 10, 2019)("These claims are remedial in nature and do not abate at death.")

**Conclusion**

For the foregoing reasons, Sharon Washington moves that she be allowed to act as substitute plaintiff in this action for her later mother Sherry Strickland. A proposed order is attached as Exhibit 2.

RESPECTFULLY SUBMITTED AND DATED October 20, 2026

By:

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com