**IN THE CIRCUIT COURT, THIRD JUDICIAL CIRCUIT,**
**IN AND FOR COLUMBIA COUNTY, FLORIDA**

IN RE: The Estate of CASE NO. 2026-CP-126

SHERRY STRICKLAND,

Deceased.

_______________________________________/

## ORDER APPOINTING PERSONAL REPRESENTATIVE

THIS CAUSE coming before the Court on the verified Petition of AUDREY STRICKLAND and SHARON WASHINGTON to appoint SHARON WASHINGTON as Personal Representative of Decedent, and the Court having reviewed the Petition and the waivers and consents of the other three of the seven heirs at law, it is

ORDERED AND ADJUDGED that Petitioner, SHARON WASHINGTON, is hereby appointed to serve as Personal Representative of the Estate of SHERRY STRICKLAND, Deceased, and, upon her signing the Oath of Personal Representative and posting bond in the amount of $0.00 Letters of Administration shall be issued herein.

DONE AND ORDERED in Chambers at the Columbia County Courthouse in Lake City, Florida, 21st day of July, 2026.

Judge Garrett Hill
2026.07.21 11:41:51
-04'00'

**GARRETT HILL**
Acting Circuit Judge

Copies furnished to:

DAVID C. BRAUN, ESQUIRE - dcbraunesq@yahoo.com
SHARON WASHINGTON (through counsel)

Chelsey Chewning
2026.07.21
12:24:07 -04'00'