UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHERRY STRICKLAND, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SUNRUN INC.

Defendant.

Case No. 4:23-cv-05034-RST

**[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE SHARON WASHINGTON, PERSONAL REPRESENTATIVE FOR SHERRY STRICKLAND, AS PLAINTIFF**

THIS MATTER came before the Court on the Motion to Substitute Sharon Washington, Personal Representative for Sherry Strickland, as Plaintiff. Upon consideration of the motion, it is hereby ORDERED that the motion is GRANTED and Sherry Strickland shall serve as Plaintiff in this action.

IT IS SO ORDERED.

Dated: _______________, 2026. ___________________________________

`Jon S. Tigar, United States District Judge