Anthony I. Paronich
*Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

[Additional counsel appear on signature page]

*Attorneys for plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY STRICKLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN, INC.<br><br>Defendant. | Case No. 4:23-cv-05034-JST<br><br>**CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER** |

Counsel for Plaintiff Sherry Strickland ("Plaintiff") and counsel for Defendant Sunrun Inc. ("Sunrun") met and conferred on October 19 and 20, 2025, pursuant to Federal Rule of Civil Procedure 26(f), Civil Local Rule 16-9, the Standing Order for All Judges of the Northern District of California: Contents of Joint Case Management Statement, the Guidelines for the Discovery of Electronically Stored Information as well as the Checklist for Rule 26(f) Meet and Confer Regarding and the Court's Standing Order. They hereby respectfully incorporate their prior Joint Case Management Statement filed February 20, 2026 (Dkt. 86) and submit this Joint

Case Management Statement with an update on the posture of the case and submit a [Proposed] Order.

Plaintiff Sherry Strickland has died, and her daughter and personal representative Sharon Washington has filed a Motion to Substitute as Plaintiff concurrently with this Case Management Statement, which Sunrun has indicated it will oppose. Sunrun states that it will oppose the Motion to Substitute on a variety of grounds, including that Sunrun will be prejudiced by the substitution. Sunrun states, among other things, that Plaintiff's deposition was not completed. The deposition was adjourned at Plaintiff's request due to a scheduling conflict, and Plaintiff unfortunately passed away before the deposition was recommenced. Plaintiff, however, testified that no one was aware of or familiar with her claims, including her daughter, Sharon Washington. Because Ms. Washington cannot adequately testify and complete discovery into Plaintiff's claims, discovery will remain incomplete and Sunrun will be prejudiced. Further, Sunrun states that Ms. Washington, as personal representative of Plaintiff's estate, cannot satisfy the requirements of Federal Rule of Civil Procedure 23, including because—at a minimum—Ms. Washington cannot adequately represent the class due to her lack of knowledge. Plaintiff disagrees with Sunrun's position.

Accordingly, the Parties respectfully propose the following briefing schedule on the pending Motion to Substitute. After resolution of the Motion to Substitute, the Parties will confer and propose further case deadlines:

Defendant's Opposition: November 19, 2026

Plaintiff's Reply: December 10, 2026

Hearing: January 28, 2027

Further Case Management Submission due, if necessary, within 14 days of the Court's ruling on the Motion to Substitute.

**SIGNATURE ATTESTATION**

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from the other signatories.

RESPECTFULLY SUBMITTED AND DATED this October 20, 2026

By:

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

*/s/ Glenn T. Graham*
Glenn T. Graham
Kelley Drye & Warren LLP
7 Giralda Farms, Suite 340
Madison, NJ 07940
[o] (973) 503-5900
[f] (973) 503-5950
ggraham@kelleydyre.com

*/s/Lauri A. Mazzuchetti*
Lauri A. Mazzuchetti (*pro hac vice*)
Kelley Drye & Warren LLP
7 Giralda Farms, Suite 340
Madison, NJ 07940
[o] (973) 503-5910
[f] (973) 503-5950
lmazzuchetti@kelleydrye.com

**CASE MANAGEMENT ORDER**

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated:

Jon S. Tigar, United States District Judge