UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHERRY STRICKLAND,
Plaintiff,

v.

SUNRUN, INC.,
Defendant.

Case No. 23-cv-05034-JST

**SCHEDULING ORDER**

At the parties' request, the Court now sets the following case deadlines:

| Event | Deadline |
|---|---|
| Plaintiff's motion to substitute party due | October 20, 2026 |
| Defendant's opposition to motion to substitute due | November 19, 2026 |
| Plaintiff's reply due | December 10, 2026 |
| Hearing on motion to substitute party | January 28, 2027 at 2:00 p.m. |

The case management conference scheduled for October 27, 2026 is continued to March 30, 2027 at 2:00 p.m. An updated joint case management statement is due March 23, 2027.

**IT IS SO ORDERED.**

Dated: October 27, 2026

JON S. TIGAR
United States District Judge