**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (State Bar No. 338995)
Emily E. Clark (*pro hac vice*)
7 Giralda Farms, Suite 340
Madison, NJ 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com
eclark@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERRI STRICKLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC.<br><br>Defendant | Case No. 4:23-cv-05034-JST<br><br>[Assigned to Hon. Jon S. Tigar]<br><br>**SUNRUN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [L.R. 79-5(f)]** |

Pursuant to Civ L.R. 7-11 and Civ. L.R. 79-5, Defendant Sunrun Inc. ("Sunrun") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Sealing Motion") to its Opposition to Plaintiff's Motion to Substitute Sharon Washington, Personal Representative for Sherri Strickland, as Plaintiff ("Opp. Brief"). Sunrun seeks to provisionally file under seal the following documents:

| **Exhibit No.** | **Description** | **Designating Party** |
|---|---|---|
| Exhibit 2 to the Graham Declaration | Excerpted copy of the November 10, 2025 deposition of Plaintiff Sherry Strickland | Plaintiff |
| Sunrun's Opposition to Plaintiff's Motion to Substitute Sharon Washington, Personal Representative for Sherri Strickland, as Plaintiff | Sunrun's brief in opposition to Plaintiff's Motion to Substitute | Plaintiff |

Documents may be provisionally filed under seal pursuant to L.R. 79-5(f) when the document, or portions thereof, have "been designated as confidential by another party or non-party." Civ. L.R. 79-5(f). The information sought to be redacted from the public includes Plaintiff's personally identifiable information ("PII") and/or her sensitive personal information ("SPI"), including her phone number and IP address. The PII and SPI contained in these documents belong to Plaintiff, not Sunrun. Sunrun is therefore filing this information under seal so that Plaintiff can decide whether to maintain its confidentiality.

DATED: November 19, 2026

KELLEY DRYE & WARREN LLP

By: /s/ Glenn T. Graham
Glenn T. Graham

7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
ggraham@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

## CERTIFICATE OF SERVICE

I, Glenn T. Graham, hereby certify that on November 19, 2026, I served a copy of Defendant's Administrative Motion Consider Whether Another Party's Material Should Be Sealed by electronic mail upon the following:

Dana J. Oliver
Oliver Law Center, Inc.
8780 19th Street, Suite 559
Rancho Cucamonga, CA 91701
(562) 500-0600
dana@danaoliverlaw.com

Andrew Roman Perrong
Perrong Law LLC
1669 Edgewood Road Suite 218
Yardley, PA 19067
(215) 225-5529
a@perronglaw.com

*/s/ Glenn T. Graham*
Glenn T. Graham