**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (State Bar No. 338995)
Emily E. Clark (*pro hac vice*)
7 Giralda Farms, Suite 340
Madison, NJ 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com
eclark@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

SHERRI STRICKLAND, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SUNRUN INC.

Defendant

Case No. 4:23-cv-05034-JST

[Assigned to Hon. Jon S. Tigar]

**DECLARATION OF GLENN T. GRAHAM IN SUPPORT OF SUNRUN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [L.R. 79-5(f)]**

I, Glenn T. Graham, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am a partner at the law firm of Kelley Drye & Warren LLP and counsel of record for Defendant Sunrun Inc. ("Sunrun") in the above-captioned action. Pursuant to L.R. 7-11 and L.R. 79-5, I submit this declaration in support of Sunrun's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Sealing Motion") in connection with Sunrun's Opposition to Plaintiff's Motion to Substitute Sharon Washington, Personal Representative for Sherri Strickland, as Plaintiff ("Opp. Brief"), and certain exhibits to the same.

2. I make this declaration based on my personal knowledge. If called as a witness, I could and would competently testify to the information stated herein.

3. Through the Sealing Motion filed herein, Sunrun seeks to provisionally file under seal the following documents:

- Exhibit 2 to the Declaration of Glenn T. Graham in Support of Sunrun's Opp. Brief (the "Graham Declaration" or "Graham Decl.")
- Portions of Defendant's Opp. Brief which contain Plaintiff's personally identifiable information ("PII") or sensitive personal information ("SPI").

4. The PII and SPI contained in these documents belong to Plaintiff, not Sunrun. Sunrun is therefore filing this information under seal so that Plaintiff can decide whether to maintain its confidentiality.

I declare under penalty of perjury that foregoing is true and correct. Executed on November 19, 2026.

*/s/ Glenn T. Graham*
Glenn T. Graham