**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

SHERRI STRICKLAND, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SUNRUN INC.

Defendant

Case No. 4:23-cv-05034-JST

[Assigned to Hon. Jon S. Tigar]

**[PROPOSED] ORDER GRANTING SUNRUN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

**[PROPOSED] ORDER**

The Court, having considered Sunrun's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed and accompanying documents, hereby ORDERS as follows:

| **Document** | **Description** | **Ruling** |
|---|---|---|
| Exhibit 2 to the Graham Declaration | Excerpted copy of the November 10, 2025 deposition of Plaintiff Sherry Strickland | |
| Sunrun's Opposition to Plaintiff's Motion to Substitute Sharon Washington, Personal Representative for Sherri Strickland, as Plaintiff | Sunrun's brief in opposition to Plaintiff's Motion to Substitute | |

Therefore, it is hereby ordered that Sunrun's Administrative Motion to Consider Whether Another Party's Material Should be Sealed is [___ GRANTED] [___ DENIED].

**IT IS SO ORDERED.**

Dated: _______________, 2026.

_________________________________
Honorable Jon S. Tigar
United States District Judge