**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (SBN 338995)
Emily E. Clark (*pro hac vice*)
7 Giralda Farms, Suite 340
Madison, NJ 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com
eclark@kelleydrye.com
*Attorneys for Defendant Sunrun Inc.*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERRY STRICKLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC.<br><br>Defendant. | Case No. 4:23-cv-05034-JST<br><br>[Assigned to Hon. Jon S. Tigar]<br><br>**DECLARATION OF GLENN T. GRAHAM IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO SUBSTITUTE PLAINTIFF** |

Pursuant to the provisions of 28 U.S.C. § 1746, I, Glenn T. Graham, declare and state as follows:

1. I am a partner at the law firm of Kelley Drye & Warren LLP and counsel for Defendant Sunrun Inc. ("Sunrun"). I submit this declaration in support of Sunrun's Opposition to Plaintiff's Motion to Substitute Sharon Washington, Personal Representative for Sherry Strickland, as Plaintiff ("Opposition").

2. On November 7, 2025, Sunrun served its Amended Responses to Plaintiff's Interrogatories, Set One. A true and correct, excerpted copy of Sunrun's amended interrogatory responses is attached hereto as **Exhibit 1**.

3. On November 10, 2025, counsel for Sunrun took the deposition of Sherry Strickland ("Plaintiff"). A true and correct, excerpted copy of Plaintiff's deposition transcript from November 10 is attached hereto as **Exhibit 2**.

4. Plaintiff's deposition was not completed on November 10, and the Parties agreed to continue the deposition on another date.

5. The Parties were unable to set a date to finish Plaintiff's deposition before her death.

6. On November 10, 2025, Plaintiff served responses to Sunrun's First Set of Requests for Admission. A true and correct, excerpted copy of Plaintiff's responses is attached hereto as **Exhibit 3**.

7. Public records indicate that Farideh Heidarpour pleaded guilty in the Western District of Oklahoma to health care fraud and was sentenced to more than a year in federal prison. A true and correct copy of Farideh Heidarpour's Plea Agreement, as it appears in *United States v. Heidarpour*, No. 5:11-cr-109, ECF No. 146 (W.D. Okla. Aug. 14, 2012), is attached hereto as **Exhibit 4**.

Executed on: November 19, 2026

By: */s/ Glenn T. Graham*
GLENN T. GRAHAM