# EXHIBIT 1

**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (State Bar No. 338995)
7 Giralda Farms, Suite 340
Madison, NJ 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERRY STRICKLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN, INC.<br><br>Defendant. | Case No. 4:23-cv-05034-JST<br><br>(Assigned to Hon. Jon. S. Tigar)<br><br>**DEFENDANT SUNRUN INC.'S AMENDED RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE**<br><br>Action Filed: October 1, 2023<br>SAC Filed: |

PROPOUNDING PARTY: SHERRY STRICKLAND, individually and on behalf of all others similarly situated.

RESPONDING PARTY: SUNRUN INC.

SET NO.: ONE

Sunrun's responses below are further made subject to the following definitions:

A. "Action" means the lawsuit pending in the United States District Court for the Central District of California, captioned as *Strickland v. Sunrun, Inc.*, No. 4:23-cv-5034-JST.

B. "Amended Complaint" means the Second Amended Complaint -- Class Action filed on March 27, 2025 in the Action.

**RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 1**:

Identify each person who provided the information to answer interrogatories in this case and specify the interrogatories about which each such person provided information.

**AMENDED RESPONSE TO INTERROGATORY NO. 1**:

Sunrun objects to this interrogatory to the extent that it calls for information or materials protected by the attorney-client privilege and/or attorney work product doctrine.

Subject to and without waiving the foregoing objections, Sunrun identifies the following persons at Sunrun who provided information to assist in the preparation of Sunrun's answers to Plaintiff's interrogatories: Martin Leatherman, Angelo Torres and Christine Agualo.

**INTERROGATORY NO. 2**:

Identify all employees or vendors involved in making outbound calls as part of the campaign that contacted the Plaintiff. This includes, but is not limited to, (a) third parties that you contract with who make telemarketing calls to generate leads (b) the dialing system platform or provider used to make calls (c) where the phone numbers to make the calls is obtained.

**AMENDED RESPONSE TO INTERROGATORY NO. 2**:

Sunrun objects to this interrogatory to the extent that: (a) it is compound; (b) it seeks information that is not maintained by Sunrun in the ordinary course of its business, and/or is not within its possession, custody, or control; (c) it assumes incorrectly that Sunrun has contracted with or otherwise hired third parties to make outbound calls for it; (d) it is irrelevant, overbroad, and unduly burdensome because it seeks information beyond the scope of the subject matter of the Action; (e) the time period starting "four years before the filing of the original complaint in this case and continuing through the present" is not relevant to the claims and defenses asserted in this Action

and all of Sunrun's responses, therefore, will be limited to the time period the alleged calls took place as set forth in the Complaint; (f) the use of the phrase "all vendors" renders this interrogatory overbroad and unduly burdensome, and is based upon a definition of "Vendor" that makes false assumptions about Sunrun's relationships with third parties; and (g) the terms and phrases "calls as part of the campaign that contacted the Plaintiff," is vague and ambiguous as used.

Subject to and without waiving the foregoing objections, Sunrun responds that it does not use "Vendors" to make "outbound calls" as part of a "campaign." Sunrun further responds that it did not make any calls that Plaintiff alleges to have received. Sunrun's and Solar America's records indicate that Clean Energy Experts, LLC ("Solar America") only called Plaintiff because she submitted multiple web forms requesting quotes for solar energy and provided consent and/or permission to be called. With respect to the calls alleged in the Amended Complaint, Astoria Company ("Astoria") provided a lead concerning the phone number identified in Paragraph 24 of the Amended Complaint following Plaintiff's web form submission on or about July 8, 2023. It is understood that Plaintiff has previously completed other web forms requesting to receive information on solar energy options, including on or about May 3, 2019, March 29, 2020, May 11, 2020, December 27, 2020, March 1, 2021 and April 14, 2023. The lead provided in relation to Paragraph 24 of the Amended Complaint indicated that the phone number belonged to "Sherry Strickland." Sunrun and Solar America dispositioned the phone number as a "do-not-call" and have not called the phone number since. Sunrun further responds that Solar America uses a dialing platform called Zeus to contact consumers who had requested information about solar products and/or services.

**INTERROGATORY NO. 3**:

Identify and describe the work of each employee or vendor identified in response to Interrogatory No. 2.

**AMENDED RESPONSE TO INTERROGATORY NO. 3**:

Sunrun objects to this interrogatory to the extent that: (a) it is compound; (b) it is irrelevant, overbroad, unduly burdensome because it seeks information beyond the scope of the subject matter of the Action; (c) the time period starting "four years before the filing of the complaint in this action

Subject to and without waiving the foregoing objections, Sunrun responds that it is not aware of any third parties or sub-vendors used by Astoria or any other vendor used by Sunrun or Solar America with respect to the calls alleged in the Amended Complaint. Information regarding whether any third parties or sub-vendors were used by Astoria or any other vendor, and if so the identity of such vendors, must be obtained from Astoria or those companies.

**INTERROGATORY NO. 5**:

Identify each of the individuals that spoke with Plaintiff from your company or any of its vendors.

**AMENDED RESPONSE TO INTERROGATORY NO. 5**:

Sunrun objects to this interrogatory to the extent that: (a) it is compound; (b) it is irrelevant, overbroad, and unduly burdensome because it seeks information beyond the scope of the subject matter of the Action; (c) the time period starting "four years before the filing of the original complaint in this case and continuing through the present" is not relevant to the claims and defenses asserted in this Action and all of Sunrun's responses, therefore, will be limited to the time period the alleged calls took place as set forth in the Complaint; and (d) it is overly broad and unduly burdensome, and is based upon a definition of "Vendor" that makes false assumptions about Sunrun's relationships with third parties. Information maintained by third parties should be obtained from such third parties.

Subject to and without waiving the foregoing objections, Sunrun responds that on May 24, 2019, a Solar America employee spoke with Plaintiff, and Plaintiff told the employee to call Plaintiff later. Additionally, on March 5, 2021, another Solar America employee spoke with Plaintiff. Sunrun's and Solar America's records show no other conversations with Plaintiff after March 5, 2021.

**INTERROGATORY NO. 6**:

If you contend that Plaintiff provided consent to receive solicitation telephone calls, state all facts in support of that contention and identify the date(s) on which and the means by which you contend consent was obtained.

**AMENDED RESPONSE TO INTERROGATORY NO. 6**:

Sunrun objects to this interrogatory to the extent that: (a) it is compound; (b) it is overbroad and unduly burdensome because it seeks "all facts;" (c) the time period starting "four years before the filing of the original complaint in this case and continuing through the present" is not relevant to the claims and defenses asserted in this Action and all of Sunrun's responses, therefore, will be limited to the time period the alleged calls took place as set forth in the Complaint; (d) it calls for information or materials protected by the attorney-client privilege and/or attorney work-product doctrine; and (e) the phrase "solicitation telephone calls" is vague and ambiguous as used.

Subject to and without waiving the foregoing objections, Sunrun refers to its response to Interrogatory Number 2, documents concerning Plaintiff's various web form submissions and call recordings produced in discovery and further states that Solar America's records reflect that Astoria provided a lead concerning the phone number identified in Paragraph 24 of the Amended Complaint. On July 8, 2023, the phone number was provided via a TCPA-compliant web form (located at https://quotewallet.com/solar/) (the "Web Form") providing consent to be called regarding residential solar services. As set forth above, per the contract between Solar America and Astoria, Astoria could offer certain types of customer leads to Solar America so long as the customer leads met certain criteria. Astoria (like all other third-parties) was not permitted to, among other things, offer customer leads to Solar America unless the customer had provided the requisite level of consent to be contacted by Solar America.

**INTERROGATORY NO. 7**:

If you contend that a third party made the calls alleged in the complaint, identify that third party and state all facts in support of the same.

**RESPONSE TO INTERROGATORY NO. 7**:

Sunrun objects to this interrogatory to the extent that: (a) it is compound; (b) it is overbroad and unduly burdensome because it seeks "all facts;" (c) the time period starting "four years before the filing of the original complaint in this case and continuing through the present" is not relevant to the claims and defenses asserted in this Action and all of Sunrun's responses, therefore, will be limited to the time period the alleged calls took place as set forth in the Complaint; and (d) it calls

Dated: November 7, 2025

Respectfully submitted,

*<u>/s/ Glenn T. Graham</u>*
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham
KELLEY DRYE & WARREN LLP

7 Giralda Farms, Suite 340
Madison, NJ 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*