# EXHIBIT 3

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERRY STRICKLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC.<br><br>Defendant. | Case No. 4:23-CV-05034-JST<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT SUNRUN INC.'S FIRST SET OF REQUESTS FOR ADMISSION** |

PROPOUNDING PARTY: SUNRUN INC.

RESPONDING PARTY: PLAINTIFF SHERRY STRICKLAND

SET NO.: ONE

**PLAINTIFF SHERRY STRICKLAND'S RESPONSE TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION**

**REQUESTS FOR ADMISSION**

**REQUEST NO. 1**:

On or about July 8, 2023, You provided Your contact information via an online webform to request a quote for solar energy.

**RESPONSE TO REQUEST NO. 1**:

Plaintiff DENIES this request.

**REQUEST NO. 2**:

On or about July 8, 2023, You provided the Phone Number via an online webform to request a quote for solar energy.

**RESPONSE TO REQUEST NO. 2**:

Plaintiff DENIES this request.

**RESPONSE TO REQUEST NO. 26**:

Plaintiff objects to this request on the ground that it assumes facts not in evidence, including the false premise that Plaintiff personally answered calls from Defendant.

**Subject to and without waiving this objection**, Plaintiff ADMITS that she does not have any records of prerecorded messages played during calls she personally answered, because she did not personally answer any of the calls at issue.

**REQUEST NO. 27**:

You never personally answered a call from Sunrun.

**RESPONSE TO REQUEST NO. 27**:

Plaintiff ADMITS this request.

**REQUEST NO. 28**:

You do not have any records of the "two occasions" that You "asked them to stop calling" You, as described in Your January 30, 2025 response to Interrogatory No. 5.

**RESPONSE TO REQUEST NO. 28**:

Plaintiff objects that this request seeks information more readily available to Defendant through its own call records or those of its agents.

**Subject to the foregoing**, Plaintiff DENIES this request. Plaintiff's phone records reflect two outgoing calls made on or about July 8 and July 10, 2023, during which she requested that the calls stop. Plaintiff does not possess any audio recordings of those calls.

Date: November 10, 2025

*By: /s/ Edward A. Broderick*
Edward A. Broderick
Email: ted@broderick-law.com
BRODERICK LAW, P.C.
99 High Street, Suite 304
Boston, Massachusetts 02110
Telephone: (617) 738-7080

Facsimile: (617) 830-0327

*Attorney for Plaintiff*